REED SMITH, LLP
Karen A. Braje (SBN 193900)
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
kbraje@reedsmith.com
PH: 415-543-8700

Michael O'Neil (*Pro Hac Vice*)
Albert E. Hartmann (*Pro Hac Vice*)
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
michael.oneil@reedsmith.com
ahartmann@reedsmith.com
PH : 312-207-1000

SHERMAN SILVERSTEIN KOHL
ROSE & PODOLSKY, LLC
Bruce S. Luckman (*Pro Hac Vice*)
308 Harper Drive, Suite 200
Moorestown, NJ 08057
bluckman@shermansilverstein.com
PH: 856-662-0700

*Attorneys for Defendants Trans Union LLC and Trans Union Rental Screening Solutions, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIT PATEL, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>TRANS UNION, LLC, in its own name and t/a TRANS UNION RENTAL SCREENING SOLUTIONS, INC. and TRANSUNION BACKGROUND DATA SOLUTIONS, and TRANS UNION RENTAL SCREENING SOLUTIONS, INC., in its own name and t/a TRANSUNION BACKGROUND DATA SOLUTIONS,<br><br>    Defendants. | Case No.: 14-CV-0522 LB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE PORTIONS OF HIS REPLY IN FURTHER SUPPORT OF CLASS CERTIFICATION UNDER SEAL**<br><br>[Assigned to the Hon. Laurel Beeler] |

- 1 -

**ORDER**

Plaintiff Amit Patel's Administrative Motion to File Portions of His Reply in Further Support of Class Certification Under Seal, the supporting declarations, and Defendants Trans Union, LLC and Trans Union Rental Screening Solutions, Inc.'s Response to Plaintiff's Administrative Motion to File Portions of His Reply in Further Support of Class Certification Under Seal were taken under submission by the Court.  After full consideration of the Motion, Response, and materials in support thereof, IT IS HEREBY ORDERED:

The following redacted portions of Plaintiff's Reply in Further Support of Class Certification are sealed:

- Page 14, Lines 18-21.

IT IS SO ORDERED.

DATED: June 24, 2015

_____
The Honorable Laurel Beeler
United States Magistrate Judge