UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

AMIT PATEL,

        Plaintiff,

    v.

TRANS UNION, LLC, et al.,

        Defendants.

Case No. 3:14-cv-00522-LB

**REVISED SCHEDULING ORDER**

The court issues this revised scheduling order:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Defendants' motion to decertify class | 7/21/2016 |
| Plaintiff's opposition to motion to decertify class | 8/18/2016 |
| Defendants' reply in support of motion to decertify class | 9/12/2016 |
| Hearing on motion to decertify class | 9/22/2016 |
| Defendants to provide class counsel with contact information for certified class and subclass (readable electronic format) | 10/28/2016 |
| Plaintiff to provide defendants with proposed form of notice | 10/28/2016 |
| Parties to submit proposed form of notice (joint if possible) | 10/28/2016 |
| Notice mailed to certified class and subclass | 20 days after court approval |
| Non-expert discovery completion date | 1/20/2017 |
| Expert disclosures required by Federal Rules of Civil Procedure | 2/10/2017 |
| Rebuttal expert disclosures | 4/6/2017 |

ORDER (No. 3:14-cv-00522-LB)

| | |
|---|---|
| Expert discovery completion date | 4/20/2017 |
| Filing deadline for dispositive motions | 5/11/2017 |
| Oppositions due | 6/22/2017 |
| Replies due | 7/13/2017 |
| Motion hearing | 7/27/2017 at 9:30 a.m. |
| Meet and confer re pretrial filings | 9/11/2017 |
| Pretrial filings due | 9/28/2017 |
| Oppositions, objections, exhibits, and depo designations due | 10/12/2017 |
| Final pretrial conference | 10/26/2017 at 1:00 p.m. |
| Trial | 11/6/2017 at 8:30 a.m. |
| Length of trial | 5 days |

**IT IS SO ORDERED.**

Dated: June 27, 2016

_____
LAUREL BEELER
United States Magistrate Judge