EVANS LAW FIRM, INC.
Ingrid M. Evans (CA St. Bar No. 179094)
3053 Fillmore St. #236
San Francisco, CA 94123
Ingrid@evanslaw.com
PH: 415-441-8669/888-503-8267

FRANCIS & MAILMAN, P.C.
James A. Francis (*Pro Hac Vice*)
David A. Searles (*Pro Hac Vice*)
John Soumilas (*Pro Hac Vice*)
Lauren KW Brennan (*Pro Hac Vice*)
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone:   (215) 735-8600
Facsimile:   (215) 940-8000
jfrancis@consumerlawfirm.com
dsearles@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
lbrennan@consumerlawfirm.com

*Attorneys for Plaintiff Amit Patel and the Classes*

REED SMITH, LLC
Karen A. Braje (SBN 193900)
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
kbraje@reedsmith.com
PH: 415-543-8700

Michael O'Neil (*Pro Hac Vice*)
Albert E. Hartmann (*Pro Hac Vice*)
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
michael.oneil@reedsmith.com
ahartmann@reedsmith.com
PH : 312-207-1000

SHERMAN SILVERSTEIN KOHL ROSE
& PODOLSKY, LLC
Bruce S. Luckman (*Pro Hac Vice*)
308 Harper Drive, Suite 200
Moorestown, NJ 08057
bluckman@shermansilverstein.com
PH: 856-662-0700

*Attorneys for Defendants Trans Union LLC and Trans Union Rental Screening Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMIT PATEL, on behalf of himself and all others similarly situated,<br>            Plaintiff(s),<br><br>v.<br><br>TRANS UNION, LLC, in its own name and t/a TRANS UNION RENTAL SCREENING SOLUTIONS, INC. and TRANSUNION BACKGROUND DATA SOLUTIONS, and TRANS UNION RENTAL SCREENING SOLUTIONS, INC. in its own name and t/a TRANSUNION BACKGROUND DATA SOLUTIONS,<br>            Defendants. | Case No. 14-0522-LB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND NON-EXPERT DISCOVERY AND EXPERT DISCLOSURE DEADLINES** |

Plaintiff Amit Patel and Defendants Trans Union LLC and Trans Union Rental Screening Solutions, Inc. (collectively, the "Parties"), through their undersigned counsel, hereby jointly request (i) a 28-day extension of the non-expert discovery deadline (for already-served written and oral discovery requests only) until February 17, 2017, and (ii) a 21-day extension of the initial expert disclosure deadline until March 3, 2017. The requested extensions will not affect the other existing deadlines to complete expert discovery and brief dispositive motions, or the Court's pre-trial and trial schedule. In support of their stipulation, the Parties state as follows:

1. On June 27, 2016, the Court entered a Revised Scheduling Order (ECF 123).

2. Since that time, the Parties briefed and the Court ruled on Defendants' Motion to Decertify Classes, Plaintiff mailed notice to the certified class and sub-class, and the Parties have diligently engaged in Phase II (i.e., merits) discovery in this matter.

3. The Parties need additional time to respond to already-served written discovery requests and to schedule already-noticed depositions (as well as to continue any related meet-and-confer efforts and file any necessary motions to compel if those efforts are unsuccessful).

4. The Parties have conferred and request a 28-day extension of the non-expert discovery deadline (for already-served written and oral discovery requests only) to February 17, 2017 and a 21-day extension of the initial expert disclosure deadline to March 3, 2017.

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Non-expert discovery completion date | 1/20/2017 | 2/17/2017 |
| Expert disclosures required by Federal Rules of Civil Procedure | 2/10/2017 | 3/3/2017 |

5. The requested extensions will not affect the other existing deadlines to complete expert discovery and brief dispositive motions, or the Court's pre-trial and trial schedule.

2
Stipulation and [Proposed] Order to Extend Non-Expert Discovery and Expert Disclosure Deadlines

Respectfully submitted,

| | |
|---|---|
| **FRANCIS & MAILMAN, P.C.** | **REED SMITH LLC** |
| /s/ *James A. Francis(by permission)* | /s/ *Karen A. Braje* |
| James A. Francis (*Pro Hac Vice*) | Karen A. Braje |
| jfrancis@consumerlawfirm.com | kbraje@reedsmith.com |
| Land Title Building, 19th Floor | 101 Second Street |
| 100 South Broad Street | Suite 1800 |
| Philadelphia, PA 19110 | San Francisco, CA 94105 |
| Telephone:   (215) 735-8600 | Telephone: (415) 659-5948 |
| Facsimile:     (215) 940-8000 | |
| | *Attorney for Defendants Trans Union LLC and Trans Union Rental Screening Solutions, Inc.* |
| *Attorney for Plaintiff* | |

Dated: January 17, 2017

[~~PROPOSED~~] **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January __18__, 2017      _____
Hon. Laurel Beeler
United States Magistrate Judge