| | |
|---|---|
| EVANS LAW FIRM, INC.<br>Ingrid M. Evans (CA St. Bar No. 179094)<br>3053 Fillmore St. #236<br>San Francisco, CA 94123<br>Ingrid@evanslaw.com<br>PH: 415-441-8669/888-503-8267 | REED SMITH LLP<br>Karen A. Braje (SBN 193900)<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659<br>kbraje@reedsmith.com<br>PH: 415-543-8700 |
| FRANCIS & MAILMAN, P.C.<br>James A. Francis (*Pro Hac Vice*)<br>David A. Searles (*Pro Hac Vice*)<br>John Soumilas (*Pro Hac Vice*)<br>Lauren KW Brennan (*Pro Hac Vice*)<br>Land Title Building, Suite 1902<br>100 South Broad Street<br>Philadelphia, PA 19110<br>jfrancis@consumerlawfirm.com<br>dsearles@consumerlawfirm.com<br>jsoumilas@consumerlawfirm.com<br>lbrennan@consumerlawfirm.com<br>PH: 215-735-8600 | Michael O'Neil (*Pro Hac Vice*)<br>Albert E. Hartmann (*Pro Hac Vice*)<br>10 South Wacker Drive, 40th Floor<br>Chicago, IL 60606<br>michael.oneil@reedsmith.com<br>ahartmann@reedsmith.com<br>PH : 312-207-1000<br><br>SHERMAN SILVERSTEIN KOHL ROSE & PODOLSKY, LLC<br>Bruce S. Luckman (*Pro Hac Vice*)<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>bluckman@shermansilverstein.com<br>PH: 856-662-0700 |
| *Attorneys for Plaintiff Amit Patel and the Classes* | *Attorneys for Defendants Trans Union LLC and Trans Union Rental Screening Solutions, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMIT PATEL, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>TRANS UNION, LLC, in its own name and t/a TRANS UNION RENTAL SCREENING SOLUTIONS, INC. and TRANSUNION BACKGROUND DATA SOLUTIONS, and TRANS UNION RENTAL SCREENING SOLUTIONS, INC. in its own name and t/a TRANSUNION BACKGROUND DATA SOLUTIONS,<br><br>Defendants. | **Case No. 14-0522**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

1  WHEREAS, on June 12, 2017, Plaintiff Amit Patel ("Plaintiff") and Defendants Trans Union LLC and Trans Union Rental Screening Solutions, Inc. ("Defendants") previously advised the Court that they had reached a complete settlement in principle of the individual and class claims in this action (ECF 139);

WHEREAS, on June 12, 2017, the Court vacated its scheduling order to allow the parties time to document the settlements and present the class settlement to the Court (ECF 140);

WHEREAS, the Court also ordered Plaintiff to file his Motion for Preliminary Approval of Class Action Settlement on or before August 31, 2017 (ECF 140);

WHEREAS, on August 3, 2017, Plaintiff and Defendants filed a stipulation and proposed order dismissing the Plaintiff's individual claims with prejudice (ECF 141);

WHEREAS, on August 4, 2017, this Court granted the parties' stipulation for dismissal of the individual claims with prejudice (ECF 142);

WHEREAS, the parties have exchanged drafts of the class settlement agreement, as well as the exhibits to that agreement, but have not yet finalized the necessary documents;

WHEREAS, the parties have met and conferred and have agreed to request an additional 15 days to finalize that agreement and for Plaintiff to file his Motion for Preliminary Approval of Class Action Settlement;

WHEREAS, this is the parties' first request for an extension of the deadline for Plaintiff to file his Motion for Preliminary Approval of Class Action Settlement.

ACCORDINGLY, the parties, through their respective counsel of record, respectfully request that this Court allow Plaintiff an additional 15 days, up to and including September 15, 2017, to file his Motion for Preliminary Approval of Class Action Settlement.

Respectfully submitted,

| **FRANCIS & MAILMAN, P.C.** | **REED SMITH LLP** |
|---|---|
| /s/ David A. Searles | /s/ Karen A. Braje |
| David A. Searles (*Pro Hac Vice*) | Karen A. Braje |

2

| | |
|---|---|
| dsearles@consumerlawfirm.com<br>Land Title Building, Suite 1902<br>100 South Broad Street<br>Philadelphia, PA 19110<br>Telephone:   (215) 735-8600 | kbraje@reedsmith.com<br>101 Second Street<br>Suite 1800<br>San Francisco, CA 94105<br>Telephone:   (415) 659-5948 |
| *Attorney for Plaintiff and Class* | *Attorney for Defendants Trans Union LLC and Trans Union Rental Screening Solutions, Inc.* |

Dated: August 30, 2017

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT


# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Additionally, the Further Case Management Conference is continued from 10/5/2017 to 10/19/2017 at 11:00 a.m. Joint statement due 10/12/2017.

Dated: August 31, 2017

Hon. Laurel Beeler
United States Magistrate Judge