# Exhibit B

REDACTED VERSION OF DOCUMENTS
SOUGHT TO BE SEALED



Patel v. TransUnion
08/14/2017

**FINAL EXCLUSION LIST - 2 CLASS MEMBERS**

| Ref Number | First Name | Middle Name | Last Name |
|---|---|---|---|
| 618 | REDACTED | ▮ | ▮ |
| 7979 | REDACTED |  | ▮ |

REDACTED VERSION OF DOCUMENTS
SOUGHT TO BE SEALED