UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIT PATEL, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRANS UNION, LLC in its own name and t/a TRANS UNION RENTAL SCREENING SOLUTIONS, INC. and TRANSUNION BACKGROUND DATA SOLUTIONS, and TRANS UNION RENTAL SCREENING SOLUTIONS, INC. in its own name and t/a TRANSUNION BACKGROUND DATA SOLUTIONS,<br><br>    Defendants. | Case No. 3:14-cv-00522-LB |

**ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT**

The Court, having reviewed the Agreement[1] entered into by the Parties, hereby orders that:

  1. The Court has considered the proposed Settlement of the Class Claims asserted by the Class and Subclass of persons certified by the Class Certification Order entered June 26, 2015 (ECF 96):

> All natural persons residing in the United States who, from February 2012 until December 2013, were the subjects of Trans Union Rental Screening Solutions SmartMove reports containing at least one item of "Alert List" information.

> All natural persons residing in the United States who, from February 2012 until December 2013, were the subjects of Trans Union Rental Screening Solutions SmartMove reports containing at least one item of "Alert List" information who requested a file disclosure from, and were sent a disclosure by, Trans Union, LLC.

    a. Excluded from the Class are the two (2) individuals who submitted timely requests to be excluded in response to the notice sent by the Settlement Administrator pursuant

---

[1] Unless otherwise defined herein, all capitalized terms in this order have the same meaning as in the Agreement.

to the Class Certification Order.  Those persons were identified on Exhibit B (filed under seal) to the Preliminary Approval Motion (ECF ___).

2.	By the Class Certification Order, the Court has already ruled that the prerequisites to a class action under Fed. R. Civ. P. 23(b)(a) and (b)(3) have been satisfied.

3.	The Agreement entered into between the Plaintiff Amit Patel and Defendants Trans Union LLC and Trans Union Rental Screening Solutions, Inc. appears, upon preliminary review, to be fair, reasonable, and adequate to the Class.  Accordingly, the Settlement is preliminarily approved, pending a Final Approval Hearing as provided for herein.

4.	The Court has appointed Plaintiff Amit Patel as Class Representative and the law firms of Francis & Mailman, P.C. and Evans Law Firm, Inc. as Class Counsel.

5.	The Court appoints RSM US LLP as Settlement Administrator.

6.	The Court will hold a Final Approval Hearing pursuant to Fed. R. Civ. P. 23(e) on _____, 2018 in the United States District Court, Courtroom C - 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102 at _____ _.m. for the following purposes:

   a.	To determine whether the proposed Settlement is fair, reasonable and adequate and should be granted Final Approval by the Court;

   b.	To determine whether a Final Judgment should be entered dismissing the claims of the Class and Subclass, with prejudice;

   c.	To consider the Fee Petition by Class Counsel for an award of attorneys' fees and expenses;

   d.	To consider the request for a Service Award to the Class Representative; and

   e.	To rule upon other such matters as the Court may deem appropriate.

7.	Within ten (10) business days of the entry of this Preliminary Approval Order, Defendants shall transfer the sum of Twenty-Seven Thousand Dollars and Zero Cents ($27,000.00) to the Settlement Administrator to create the Settlement Fund.

8.	Upon entry of this Preliminary Approval Order, the Settlement Administrator shall proceed with the Settlement Notice Plan.

       a.     The Court finds that the Settlement Notice Plan set forth in the Agreement fully satisfies the requirements of Fed. R. Civ. P. 23 and the due process guarantees of the U.S. Constitution, constitutes the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons entitled thereto.

    9.     A Class Member may object to the Settlement.

       a.     To exercise this objection right, the Class Member must provide a Notice of Objection via First Class United State Mail to the Clerk of Court, Class Counsel, and Defendants' Counsel. The Notice of Objection must be postmarked no later than the Objection Deadline.

       b.     For an objection to be considered by the Court, such objection shall be personally signed and state:

            i.     the caption of the Litigation;

            ii.    the full name, address and telephone number of the Class Member objecting to the Settlement;

            iii.   a detailed statement of each objection asserted, including the grounds for objection and reasons for appearing and being heard, together with any documents such Class Member wishes to be considered in support of the objection;

            iv.   the identity of all counsel who represent the objector, including any former or current counsel who may be entitled to compensation for any reason related to the objection to the Settlement or Fee Petition;

            v.    any and all agreements that relate to the objection or the process of objecting—whether written or oral—between objector or objector's counsel and any other person or entity;

            vi.   the identity of all counsel representing the objector who will appear at the Final Approval Hearing; and,

            vii.  all relief sought.

10. Any objector wishing to be heard at the Final Approval Hearing must, no later than ten (10) business days before that hearing, file a notice of intent to appear with the Court Clerk's office, and must provide both Class Counsel and Defendants' Counsel with copies of the notice of intent to appear.

11. The right to object must be exercised individually by an individual Class Member, not as a member of a group and, except in the case of a deceased or incapacitated Class Member, not by the act of another person acting or purporting to act in a representative capacity.

12. All briefs, memoranda, petitions and affidavits to be filed in support of Final Approval of the Settlement, for a Service Award to the Class Representative and relating to the Fee Petition shall be filed not later than ten (10) days before the Final Approval Hearing.

13. The Court retains exclusive jurisdiction over this action to consider all further matters arising out of or connected with the Settlement.

Dated:_____

BY THE COURT:

_____
HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE