EVANS LAW FIRM, INC.
Ingrid M. Evans (CA State Bar No. 179094)
3053 Fillmore Street, #236
San Francisco, CA 94123
Tel: (415)-441-8669
Tel: (888) 503-8267

FRANCIS & MAILMAN, P.C.
James A. Francis (*Pro Hac Vice*)
John Soumilas (*Pro Hac Vice*)
David A. Searles (*Pro Hac Vice*)
Lauren KW Brennan (*Pro Hac Vice*)
Land Title Building, Suite 1902
100 South Broad Street
Philadelphia, PA 19110
Tel: (215) 735-8600
Fax: (215) 940-8000

Attorneys for Plaintiff
AMIT PATEL and the Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMIT PATEL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANS UNION, LLC in its own name and t/a TRANS UNION RENTAL SCREENING SOLUTIONS, INC. and TRANSUNION BACKGROUND DATA SOLUTIONS, and TRANS UNION RENTAL SCREENING SOLUTIONS, INC. in its own name and t/a TRANSUNION BACKGROUND DATA SOLUTIONS,<br><br>Defendants. | Case No. 3:14-cv-00522-LB<br><br>**MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES**<br><br>Date: March 8, 2018<br>Time: 9:30 a.m.<br>Place: Courtroom C |

Please take notice that on March 8, 2018, at 9:30 a.m. in Courtroom C, United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, the Hon. Laurel Beeler presiding, Plaintiff Amit Patel and the Class will move for an award of attorneys' fees and costs.

This Motion is based on this Notice of Motion and Motion, and the accompanying Memorandum of Law, the Settlement Agreement, Declarations of counsel, and exhibits filed herewith, the papers and pleadings on file and such other papers as may be submitted prior to or at the hearing on this motion or argument at the hearing.

Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**

DATE:  February 22, 2018          By:          */s/ James A. Francis*
James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice*)
David A. Searles (*pro hac vice*)
Lauren KW Brennan (*pro hac vice*)
Land Title Bldg., Suite 1902
100 South Broad Street
Philadelphia, PA  19110
Telephone:  (215) 735-8600
Facsimile:  (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
dsearles@consumerlawfirm.com
lbrennan@consumerlawfirm.com

Ingrid M. Evans (CA State Bar No. 179094)
**EVANS LAW FIRM, INC.**
3053 Fillmore Street, #236
San Francisco, CA 94123
Ingrid@evanslaw.com
Tel: (415)-441-8669
Tel: (888) 503-8267

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the foregoing has been filed electronically and is available for viewing and downloading from the federal courts' Electronic Case Filing ("ECF") system. A copy of the foregoing has been served on counsel of record via the ECF system.

DATE:  February 22, 2018                    */s/ James A. Francis*
　　　　　　　　　　　　　　　　　　　　　　　James A. Francis (*pro hac vice*)

MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES