# Exhibit D



Fox Rothschild LLP
ATTORNEYS AT LAW

345 California Street, Suite 2200
San Francisco, CA 94104-2670
Tel 415.364.5540    Fax 415.391.4436
www.foxrothschild.com

JEFFREY D. POLSKY
Direct No: 415.364.5563
Email: JPolsky@FoxRothschild.com

December 12, 2017

James A. Francis, Esquire
Francis & Mailman, P.C.
100 S. Broad Street
19th Floor
Philadelphia, PA 19110

**Re:     Billing Rates at Francis & Mailman, P.C.**

Dear Mr. Francis:

## I.     INTRODUCTION

I write to provide my expert opinion regarding reasonable hourly billing rates for the work
performed by lawyers at Francis & Mailman, P.C. in the matter *Ramirez v. Trans Union*, 12-CV-
000632-JSC. In that matter, which was venued in the Northern District of California, Francis &
Mailman obtained a $60 million verdict on behalf of 8,000 people whom Trans Union
misidentified as criminals in credit reports.

## II.     QUALIFICATIONS

I am a partner at the law firm of Fox Rothschild LLP ("Fox Rothschild" or "the Firm"). I have
been at Fox Rothschild since 2008 and am a co-chair of the firm's Labor & Employment
Department. I work in the Firm's San Francisco office. Before that I practiced for 20 years in the
San Francisco office of a firm now known as Kauff, McGuire & Margolis LLP. I have been
admitted to the California State Bar since 1985 and have practiced litigation within the Northern
District of California throughout that time.

As co-chair of the Firm's 80-plus-attorney Labor & Employment Department, I participate in
determining the hourly rates that we charge for our lawyers and other professional staff. The
Firm reviews its billing rates at least annually. In doing so, we obtain public data of national,
regional and local law firms' hourly billing rates. In addition, we obtain information from

A Pennsylvania Limited Liability Partnership

California    Colorado    Connecticut    Delaware    District of Columbia    Florida    Illinois
Minnesota    Nevada    New Jersey    New York    Pennsylvania    Texas    Washington



Fox Rothschild LLP
ATTORNEYS AT LAW

James A. Francis, Esquire
December 12, 2017
Page 2

consultants with expertise in this subject area to ensure that the rates we charge are competitive and are consistent with the California Rules of Professional Conduct and similar rules that apply in other jurisdictions that we operate in.

I have had an active litigation practice for more than thirty years. The majority of my practice involves civil litigation matters, in which I represent employers and managers. I litigate single-plaintiff cases, as well as class and collective actions. I also advise employers on how to comply with the myriad statutes and regulations governing the employment relationship, including the Fair Credit Reporting Act, the California Consumer Reporting Agencies Act, and the California Investigative Consumer Reporting Agencies Act. I have spoken and written on issues of litigation and employment law for more than 25 years in many different forums.

Most of the cases I litigate include statutory claims that enable the successful plaintiff to recover attorneys' fees. Accordingly, I am familiar with what experienced plaintiffs' counsel are able to recover in attorneys' fees when they are successful.

I have also served on approximately 10 occasions as a Special Deputy Trial Counsel for the State Bar of California. In that capacity, I review and investigate ethics complaints against California attorneys when the State Bar has a conflict of interest.

## III.   **DOCUMENTS REVIEWED**

I have reviewed the following documents as part of my analysis:

1. Francis & Mailman Firm Website.

2. Hourly billing rate data from ALM's 2017 Survey of Law Firm Economics.

3. Hourly billing rate data from ALM for partners in law firms in San Francisco.

4. Wolter Kluwer's Real Rate Report for 2017.

5. Hourly billing rate data from Valeo Partners for Partners practicing in San Francisco from 2012-2017.

6. *Lopez v. CIT Bank, NA*, 2016 WL 3163175 (N.D. Cal., 2016) (granting in part a motion for attorneys' fees for prosecuting a FCRA claim).

7. The opinion letter of my partner, Abraham C. Reich, Esquire dated December 12, 2017.



**Fox Rothschild** LLP
ATTORNEYS AT LAW

James A. Francis, Esquire
December 12, 2017
Page 3

## IV.    CONCLUSION

I have based my analysis on the items listed above and my understanding of prevailing market hourly billing rates in and around San Francisco because considering the rates for comparably skilled practitioners in the relevant market is one of the widely accepted methodologies for determining rates. From that, I have concluded with a reasonable degree of professional certainty that the following hourly billing rates are reasonable and consistent with the considerations outlined in Abe Reich's letter

| Attorney | Range of hourly billing rates |
| --- | --- |
| James A. Francis | $725-775 |
| Mark D. Mailman | $725-775 |
| David A. Searles | $875-925 |
| John Soumilas | $675-725 |
| Geoffrey H. Baskerville | $675-725 |
| Greg Gorski | $400-450 |
| Erin A. Novak | $375-425 |
| Lauren KW Brennan | $350-400 |
| Alexis Lehmann | $325-375 |
| Jordan Sartell | $300-350 |
| Joseph Gentilcore | $250-300 |
| Experienced paralegal | $225 |
| Inexperienced paralegal | $200 |



Fox Rothschild LLP
ATTORNEYS AT LAW

James A. Francis, Esquire
December 12, 2017
Page 4


## V.   **SUPPLEMENTAL INFORMATION**

Attached as Exhibit A is a copy of my curriculum vitae.  My current hourly rate is $590.  I have spent approximately $2,600.00 preparing this opinion.

If I am provided with additional information, I reserve the right to supplement or amend my opinion.

Very truly yours,

Jeffrey D. Polsky

JDP/en
Enclosure

# Exhibit A





# Jeffrey D. Polsky

Partner

**San Francisco, CA**
Tel: 415.364.5563
Fax: 415.391.4436

jpolsky@foxrothschild.com

---

Jeff serves as co-chair of the firm's Labor and Employment Department. He focuses his practice on business and employment litigation and counseling. He represents clients in disputes relating to:

- claims of discrimination and harassment
- trade secret violations
- wage and hour compliance
- wrongful discharge
- breach of contract

Recognizing the risk and expense inherent in litigation, Jeff has extensive experience in alternative methods of resolving disputes, including mediation. In addition to his litigation practice, Jeff advises and counsels employers on a wide range of employment law issues, including:

- reorganizations
- terminations
- corrective actions
- developing policies
- investigating misconduct
- accommodating disabilities

Jeff also handles commercial litigation matters including claims involving breach of fiduciary duty, restrictive covenants, director and officers liability, statutory violations, and other business disputes.

**Before Fox Rothschild**

Prior to joining the firm, Jeff was a partner with Kauff McClain & McGuire LLP in San Francisco, California, where he practiced for nearly 20 years. Jeff completed an externship with the Honorable Robert J. Kelleher, U.S. District Court, Central District of California, and worked on COMM/ENT, the *Hastings Journal of*



*Communications and Entertainment Law.* After law school, Jeff spent two years as an associate at Martin, Ryan, and Andrada in Oakland.

**Client Resources**

**e-Book**

Doing Business in California: A Guide for Employers

**California Employment Law Blog**

Jeff discusses a wide variety of legal challenges faced by California employers, including class actions, wage and hour, overtime, discrimination, harassment and privacy issues, on the firm's California Employment Law blog.

View Blog

**Accomplishments**

Jeff has made various presentations to lawyers, bar associations, students, managers, and human resources professionals concerning topics such as discrimination, harassment, and wrongful termination.

**Honors & Awards**

- Martindale-Hubbell "AV" rated
- Noted as the "Contributor with the Third Most Popular Article in the United States" by Mondaq (July 2014)
- Noted as "Contributor with the Most Popular Article in United States," by Mondaq (October 2013)
- Named a Northern California "Super Lawyer" in the area of Labor and Employment Law by *San Francisco Magazine* and *Law & Politics Magazine* (2005-2017)



**Practice Areas**

- Labor & Employment
- Litigation
- Directors' & Officers' Liability & Corporate Governance
- Law Firms and Attorneys
- Retail Industry
- Employee Privacy and Background Checks
- Employment and Wage and Hour Class Actions
- Employment Counseling, Policy Developments and Audits
- Employment Litigation
- Employment Training
- Wage and Hour Law
- Staffing Law
- Unfair Competition and Trade Secrets
- Israel

**Bar Admissions**

- California

**Court Admissions**

- U.S. Court of Appeals, Ninth Circuit
- U.S. District Court, Northern District of California
- U.S. District Court, Eastern District of California
- U.S. District Court, Southern District of California
- U.S. District Court, Central District of California
- U.S. District Court, District of Colorado

**Education**

- University of California, Hastings College of the Law (J.D., 1985)
- University of California, Berkeley (A.B., 1982)

**Memberships**

- American Bar Association - Section of Labor Relations
- State Bar of California - Labor and Employment Law and Litigation Sections
- Bar Association of San Francisco - Labor Law Section



# Events

**2017 Disability Employment Law Updates**
December 4, 2017 at 12:00pm – 1:45pm
BASF Conference Center
Hosted by: The Bar Association of San Francisco and Disability Subcommittee of the Equality Committee

**2017 Update: Accommodating Employees With Disabilities**
September 27, 2017 at 12:00pm – 1:15pm
Webinar
Hosted by: Fox Rothschild LLP

**Protecting Your Trade Secrets in Silicon Valley and Beyond**
May 8, 2017 at 8:30am – 11:00am
Google Campus Tel Aviv
Hosted by: Israel Advanced Technology Industries

**2017 Changes in Employment Laws**
February 14, 2017 at 12:00pm – 1:30pm
Ragghianti Freitas LLP
Hosted by: Marin County Bar Association Labor & Employment Law Section

**2017 Employment Law Update for California Employers**
January 27, 2017 at 8:30am
Hosted by: Fox Rothschild LLP

**2016 Disability Employment Law Updates**
December 13, 2016 at 12:00pm – 1:30pm
Hosted by: The San Francisco Bar Association's Disability Subcommittee of the Equality Committee

**Wrongful Termination, Harassment and Discrimination Claims**
July 29, 2016 at 10:30am – 11:45am
Le Méridien
Hosted by: Bridgeport

**California Fair Pay Act**
July 20, 2016 at 8:30am – 9:30am
Hosted by: Fox Rothschild LLP

**2015 Disability Employment Law Updates**
December 8, 2015 at 12:00pm – 1:30pm
BASF Conference Center
Hosted by: The Bar Association of San Francisco

**Traps for the Unwary in California Employment Law**
April 9, 2015
Hosted by: Automotive Service Councils of California – Chapter 25 – Fresno

**Do Laws that Favor Employees Drive Business Away?**
October 24, 2014



Chapman University Dale E. Fowler School of Law
Hosted by: 2014 Nexus Symposium

**The Interactive Process Under ADA/FEHA**
October 2, 2014
City College of San Francisco Chinatown North Beach Campus
Hosted by: San Francisco Employer Advisory Council

**Accommodating Employees With Disabilities**
May 6, 2014
Hosted by: Fox Rothschild LLP Webinar

**10th Annual Labor and Employment Law Seminar**
April 17, 2013
Holiday Inn
Hosted by: Sterling Education Services, Inc.

**The DLSE's Growing Arsenal: What Employers Need to Know**
September 7, 2012
PG&E
Hosted by: California Minority Counsel Program, PG&E, Fox Rothschild LLP

**Preparing a Witness for Depositions, Hearings and Trial**
February 1, 2011
Hosted by: Fox Rothschild's Labor and Employment Department

**Preparing Witnesses for Depositions, Hearings and Trial**
February 1, 2011

**Preventing and Dealing with Sexual Harassment Claims**
January 1, 2006
Hosted by: Continuing Education of the Bar — California

**Annual Institute on Employment Law**
January 1, 2004
Hosted by: Practicing Law Institute

**Fundamentals of Wrongful Employment Termination Practice**
January 1, 2000
Hosted by: Continuing Education of the Bar — California

**Keeping the Employer Out of Court: How to Hire, Train, Promote, Discipline and Terminate Without Becoming the Target of a Lawsuit in California**
January 1, 2000
Hosted by: Lorman Education Services

# Publications



September 2017
**Action Guide: Preparing for Trial**
Continuing Education of the Bar (CEB)

2017
**National Survey on Restrictive Covenants in Employment**

2017
**Six Trending Topics in U.S. Employment Law**
2017 Israel Desk International Legal Guide

November 23, 2016
**Federal Judge Blocks Overtime Rules Set for December 1, 2016**
Labor & Employment Alert

October 21, 2016
**Law Firms Likely To See Rise In Claims**
Daily Journal

September 21, 2016
**The Pros and Cons of Requiring Workplace Arbitration**
CEB Blog

September 16, 2016
**Keeping Bullies Out of Your Firm**
Daily Journal

August 19, 2016
**Cognitive Impairment in Your Firm**
Daily Journal - Firm Advice

August 8, 2016
**DOL Modifies Workplace Posters, Effective Aug. 1, 2016**
Labor and Employment Alert

July 15, 2016
**Eradicate Pay Inequality in Your Firm**
San Francisco Daily Journal

April 8, 2016
**New San Francisco Ordinance Provides Fully Paid Parenting Leave**
Labor & Employment Alert

January 6, 2016
**Arbitration Back at High Court Next Month**
Daily Journal

December 31, 2014
**Top 10 Things for California Employers in 2015**
Labor & Employment Alert



First Quarter 2013
**Uncooperative Employees are not Protected from Discipline**
California Update

First Quarter 2013
**DFEH: New Procedures for Investigation and Litigation**
California Update

First Quarter 2013
**New State Disability Regulations**
California Update

First Quarter 2013
**Ninth Circuit Employment Law Happenings**
California Update

First Quarter 2013
**President Obama's Appointments to the NLRB May Be Invalid**
California Update

First Quarter 2013
**Damages May Be Limited in Mixed Motive Cases**
California Update

First Quarter 2013
**California Broadens the Protections for Pregnancy**
California Update

First Quarter 2013
**California Update Employment Law Newsletter**

Winter 2012
**California Update Employment Law Newsletter**

Winter 2012
**New California Laws for 2013**
California Update

Winter 2012
**California Supreme Court To Hear Employment Arbitration Cases**
California Update

Winter 2012
**Supreme Court To Decide Whether Unions Have Right of Access to Retailer's Private Property**
California Update

Winter 2012
**Written Commission Agreements Required in California**
California Update



Winter 2012
**California Court Allows Rounding of Time Entries**
California Update

Second Quarter 2012
**California Update Employment Law Newsletter**

Second Quarter 2012
**'Tis the Season for Unpaid Internships (Or Not!)**
California Update

Second Quarter 2012
**Legislative Watch**
California Update

Second Quarter 2012
**The Long Arm of California Law: Lidow v. Superior Court**
California Update

Second Quarter 2012
**Rules for Meal and Rest Breaks Clarified by California Supreme Court**
California Update

Second Quarter 2012
**Employee's Class Action Waiver Held Enforceable**
California Update

Second Quarter 2012
**The NLRB's Most Recent Rules on Social Media Policies**
California Update

Second Quarter 2012
**Attorneys Fees in Missed Meal and Rest Break Cases?**
California Update

Second Quarter 2012
**CAL/OSHA Launches Confined Space Special Emphasis Initiative**
California Update

April 2012
**Long-Awaited Brinker Decision A Relief For Employers**
Labor & Employment Alert

First Quarter 2012
**New California Employment Laws for 2012**
California Update

First Quarter 2012
**Spotlight on San Francisco Employment Laws**
California Update



First Quarter 2012
**IRS to Help Employers When Reclassifying Employees**
California Update

First Quarter 2012
**Half Hour to Eat and a Suitable Seat**
California Update

First Quarter 2012
**Employment Issues Keep on Truckin'**
California Update

First Quarter 2012
**California Courts Remain Hostile to Arbitration Agreements Post-AT&T Mobility v. Concepcion**
California Update

First Quarter 2012
**New ADA Access Regulations Will Affect Work Areas**
California Update

First Quarter 2012
**California Update Employment Law Newsletter**

Winter 2011
**Wage Rates Increased for Computer Professional and Physician and Surgeon Exemptions**
California Update

Winter 2011
**New Procedural Regulations from DFEH**
California Update

Winter 2011
**Provide or Ensure? An Update on Brinker**
California Update

Winter 2011
**New Laws Provide Additional Protections to Employees**
California Update

Winter 2011
**NLRA Rights Apply to Employees at Non-Unionized Workplaces Too**
California Update

Winter 2011
**Attorney Fee Disputes Between Employers and Employees Clarified**
California Update

Winter 2011
**California UPDATE Employment Law Newsletter**



Second Quarter 2011
**California UPDATE Employment Law Newsletter**

Second Quarter 2011
**U.S. Supreme Court Overturns California Law on Arbitration Agreements**
California Update Employment Law

Second Quarter 2011
**Calculation of Reporting Time Pay Clarified**
California Update Employment Law

Second Quarter 2011
**Late Breaking News: U.S. Supreme Court Decides Dukes v. Wal-Mart**
California Update Employment Law

Second Quarter 2011
**Frequently Asked Questions Regarding the "Suitable Seating" Requirement of the California IWC Wage Orders**
California Update Employment Law

Second Quarter 2011
**A Safe Workplace Trumps a Reasonable Accommodation**
California Update Employment Law

Second Quarter 2011
**Trending Now: Calculation of the Regular Rate**
California Update Employment Law

Second Quarter 2011
**Fed OSHA May Follow Cal/OSHA's Lead on Injury and Illness Prevention Programs**
California Update Employment Law

First Quarter 2011
**New Trend: Lawsuits for Wage Order Violations Concerning Work Conditions**
California Update Employment Law

First Quarter 2011
**Another California Appellate Court Concludes That Employers Need Not "Ensure" Employees Take Meal Breaks**
California Update Employment Law

First Quarter 2011
**Generous Employers Beware: Coordination of Disability Payments Just Got More Complicated**
California Update Employment Law

First Quarter 2011
**Meal and Rest Break Litigation Gets More Expensive**
California Update Employment Law

First Quarter 2011
**Litigation Alert: Federal Rules on Experts Change**
California Update Employment Law



First Quarter 2011
**New Employment Laws for 2011**
California Update Employment Law

First Quarter 2011
**Spotlight on the New Medical Donor Leave Law**
California Update Employment Law

First Quarter 2011
**2011 Litigation Watch: Cases Pending in the California Supreme Court**
California Update Employment Law

First Quarter 2011
**Reminder for Computer Software Employers**
California Update Employment Law

First Quarter 2011
**Spotlight on San Francisco**
California Update Employment Law

First Quarter 2011
**California UPDATE Employment Law Newsletter**

Fourth Quarter 2010
**Victory for Employers in Wage Case!**
California Update Employment Law

Fourth Quarter 2010
**LATE BREAKING NEWS**
California Update Employment Law

Fourth Quarter 2010
**California Supreme Court Creates New Obstacles to Summary Judgment for Employers**
California Update Employment Law

Fourth Quarter 2010
**ADA Accessibility Denied: Ensuring the "Chipotle Experience" for Everyone**
California Update Employment Law

Fourth Quarter 2010
**Revised Workers' Compensation Notice Must Be Posted**
California Update Employment Law

Fourth Quarter 2010
**Not On My Property!**
California Update Employment Law

Fourth Quarter 2010
**Ongoing Battles Regarding the Reach of California's Prohibition of Covenants Not to Compete**
California Update Employment Law



Fourth Quarter 2010
**California UPDATE Employment Law Newsletter**

Third Quarter 2010
**Ninth Circuit Avoids Employer's Choice-of-Law Provision With Creative Reasoning**
California Update Employment Law

Third Quarter 2010
**The Need for "Mini-Trials" on Individual Factual Issues Prompts Denial of Class Certification**
California Update Employment Law

Third Quarter 2010
**Supreme Court Lets Stand San Francisco's Health Care Ordinance**
California Update Employment Law

Third Quarter 2010
**California UPDATE Employment Law Newsletter**

Third Quarter 2010
**A Good Faith Defense to Punitive Damage Claims**
California Update Employment Law

Third Quarter 2010
**How Hiring Older Workers Can Be Age Discrimination**
California Update Employment Law

Third Quarter 2010
**Sometimes When You Win, You Really Lose — Rent-a-Center v. Jackson**
California Update Employment Law

Third Quarter 2010
**Martinez v. Combs: A New Definition of an Employer!**
California Update Employment Law

Third Quarter 2010
**Supreme Court Tackles Employees' Privacy Rights**
California Update Employment Law

Third Quarter 2010
**Making Sure Your Unpaid Interns Are Not Considered Employees**
California Update Employment Law

Second Quarter 2010
**Excessive Attorney's Fee Awards in FEHA Cases May Be Rejected Where Plaintiff's Damages Are Less Than $25,000**
California Update Employment Law

Second Quarter 2010
**Defining Compensable Work Time: Rutti v. Lojack**
California Update Employment Law



Second Quarter 2010
**Recent Decision Makes It More Difficult To Claim Sexual Harassment**
California Update Employment Law

Second Quarter 2010
**California Supreme Court Rules on Free Speech in a "Public Forum"**
California Update Employment Law

Second Quarter 2010
**Alternatives To Layoffs: How the EDD May Help Your Business Reduce Costs and Retain Your Workforce**
California Update Employment Law

Second Quarter 2010
**Class Action Plaintiffs Can't Mix Federal and State Claims**
California Update Employment Law

Second Quarter 2010
**Even a Single Failure To Provide an Agreed-Upon Accommodation Can Be Costly**
California Update Employment Law

Second Quarter 2010
**Reminder: Statutory Wage and Hour Rights Cannot Be Waived**
California Update Employment Law

Second Quarter 2010
**Obama Makes Recess Appointments to the NLRB and EEOC**
California Update Employment Law

Second Quarter 2010
**Recent Items From Our Blog**
California Update Employment Law

Second Quarter 2010
**California UPDATE Employment Law Newsletter**

January 2010
**Labor Union News**
California UPDATE Employment Law

January 2010
**Wage and Hour**
California UPDATE Employment Law

January 2010
**Roby v. McKesson: Good News and Bad News for Employers**
California UPDATE Employment Law

January 2010
**Class Action Decertification Affirmed!**
California UPDATE Employment Law



January 2010
**Employers Are Liable for Business Expenses When They Have Actual or Constructive Knowledge of the Expenditures**
California UPDATE Employment Law

January 2010
**2010 Watch List: Employment Cases in the California Supreme Court**
California UPDATE Employment Law

First Quarter 2010
**California UPDATE Employment Law Newsletter**

1990 and subsequent revisions
**Preparing for Trial**
California Continuing Education of the Bar

1995 and subsequent revisions
**Handling a Wrongful Termination Action**
Cal. CEB

2009
**Black's Law Dictionary, 9th ed**

September 2008
**California UPDATE Newsletter - Third Quarter 2008**
California UPDATE Newsletter

2006
**Bringing and Defending a Sexual Harassment Action**
Cal. CEB

2005-2006
**Matthew Bender California Labor & Employment Bulletin**

1994 and subsequent revisions
**Laying a Foundation to Introduce Evidence (Preparing and Using Evidence at Trial)**
Cal. CEB

1994
**Civil Procedure During Trial**
Cal. CEB

1992
**Employment Termination Law, a Practical Guide for Employers**
Cal. CEB

1984
**Tuning Out the Electorate: Early Network Projections and Decreased Voter Turnout**
COMM/ENT, Hastings Journal of Communications and Entertainment Law, Vol. 6, No. 4



# News

June 20, 2017
**Attorney Says California's Meal and Break Laws 'Hard for Small Businesses'**
*Legal Newsline*

January 3, 2017
**Ready for These California Business Law Changes in 2017?**
*Sonoma Index-Tribune*

December 31, 2015
**Top 10 in Law Blogs: Six New Year's Resolutions for California HR Professionals**
*The Lexblog Network*

November 25, 2015
**Q&A: How to Ensure Compliance with California's New Fair Pay Law**
*Society for Human Resources Management*

November 5, 2015
**Be Careful With Company Secrets—But There's a Last-Ditch Theft Remedy**
*Law.com*

October 13, 2015
**Top 10 Law Blogs: 9 Things You Must Include In Your California Wage Statements**
*The LexBlog Network*

September 21, 2015
**Hugs May Spread the Love, But They Also May Spread the Liability**
*Law.com*

July 21, 2015
**Top 10 in Law Blogs: Happy 25th Birthday Americans With Disabilities Act. Now Go Find a Job**
*The LexBlog Network*

June 1, 2015
**Establishing Better Proof of Service Animal Status Is in Everyone's Interest**
*The LexBlog Network*

March 25, 2015
**Five Lessons For BigLaw From The Kleiner Perkins Case**
*Law 360*

January 12, 2015
**State Adds More Than 30 Employment Laws, Including Sick Leave**
*SF Chronicle*

August 18, 2014
**Police Officer with ADHD Not Limited Enough in Interactions with Others, 9th Cir. Decides**
*Bloomberg BNA*



June 11, 2014
**ADAAA at Five: Intent Largely Realized, But Interpretation Continuing To Evolve**
*Bloomberg BNA*

March 17, 2014
**9th Circ.'s Chase Ruling To Trigger More PAGA Suits**
*Law360*

January 6, 2014
**Courtroom Humor has Risks but also Benefits for Attys**
*Law360*

December 30, 2013
**Meal and Rest Breaks in California, Post-Brinker**
*Society for Human Resource Management California Newsletter*

September 8, 2013
**Workzone: Clumsy Dismissals May Come Back to Bite You**
*Pittsburgh Post-Gazette*

April 1, 2013
**Fox Rothschild Attorneys Take Champions of Diversity Challenge**

February 25, 2013
**Changing Demographics**
*Business Insurance*

October 11, 2012
**Domino's Harassment Case Could Put Franchisors On Hot Seat**

May 29, 2012
**Fox Rothschild Participates in Champions of Diversity Challenge for Bay Area Urban Debate League**

May 29, 2012
**Ninth Circuit Says Medical Marijuana Users Usually Not 'Disabled,' Not Covered by ADA**
*Bloomberg BNA*

August 1, 2011
**Bipolar Threat Ruling Brings Polar Opposite Legal Opinions**
*Workforce*

March 7, 2011
**Bias Theory Upheld in Reservist Case**
*Business Insurance*

June 15, 2010
**Fate of Class Action Waivers Rests With High Court**
*Law 360*



February 7, 2010
**Employers Urged To Save Pay Documents**
*Business Insurance*

October 19, 2009
**Age-Bias Bill Would Ease Burden for Plaintiffs**
*Business Insurance*

June 19, 2008
**Fox Rothschild's San Francisco Office Gains 3 New Partners**