# Exhibit E

| Francis & Mailman | |
| :---: | ---: |
| **Patel, A v Tran Union, LLC** | |
| | |
| | |
| | |
| **Expenses** | |
| Class Notice/Admin | 4,500.00 |
| Court Transcript | 1,049.54 |
| Deposition / Video | 18,064.62 |
| Expert Witness Fee | 19,800.00 |
| Court Filing Fees | 1,620.00 |
| Mediation | 8,752.00 |
| Phone Conference | 30.00 |
| Subpoena Service | 1,244.17 |
| Travel | 25,970.09 |
| Copying/Fed EX | 3,727.22 |
| Research | 188.50 |
| **Total Expenses** | **$        84,946.14** |