1  EVANS LAW FIRM, INC.
   INGRID M. EVANS (SBN 179094)
2  3053 Fillmore Street, #236
   San Francisco, CA 94123
3  Telephone: (415) 441-8669
   Facsimile: (888) 891-4906
4  Email: ingrid@evanslaw.com

5  FRANCIS & MAILMAN, P.C.
   James A. Francis (*Pro Hac Vice*)
6  John Soumilas (*Pro Hac Vice*)
   David A. Searles (*Pro Hac Vice*)
7  Lauren KW Brennan (*Pro Hac Vice*)
   Land Title Building, Suite 1902
8  100 South Broad Street
   Philadelphia, PA 19110
9  Tel: (215) 735-8600
   Fax: (215) 940-8000
10 Email: jfrancis@consumerlawfirm.com

11 *Attorneys for Plaintiff Amit Patel and the Classes*

12             UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15 AMIT PATEL, on behalf of himself and all    )  Case No. 14-cv-00522-LB
   others similarly situated,                  )
16                                             )  **DECLARATION OF INGRID M. EVANS**
                        Plaintiff(s),          )  **IN SUPPORT OF MOTION FOR FINAL**
17                                             )  **APPROVAL OF CLASS ACTION**
              v.                               )  **SETTLEMENT AND ATTORNEYS'**
18                                             )  **FEES AND COSTS**
   TRANS UNION, LLC, *et al.*,                 )
19                                             )  Date:        March 8, 2018
                        Defendants.            )  Time:        9:30 AM
20                                             )  Courtroom:   C, 15th Floor
   _____    )  Judge:       The Hon. Laurel Beeler
21

22

23

24
                                - 1 -
   DECL. OF INGRID M. EVANS ISO MTN FOR FINAL APPROVAL AND ATTORNEY FEES AND COSTS

1    I, Ingrid Evans, declare as follows:

2        1.      I am an attorney licensed to practice law in the State of California and admitted to the

3    Northern District of California.  I am the founder of Evans Law Firm, Inc., counsel for Plaintiff. I have

4    personal knowledge of the facts stated below and, if called as a witness at the time of any proceeding,

5    could and would testify thereto.    I make this declaration in support of Plaintiff's Motion for Final

6    Approval of Class Action Settlement and Attorneys' Fees and Costs.

7        2.      On February 4, 2014 Plaintiff filed a class action complaint against Trans Union, LLC and

8    affiliated defendants in the United States District Court for the Northern District of California.  The

9    Complaint alleged that Defendants violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§

10   1681-1681x, and counterpart California law.  The Court certified two national classes for the two class

11   claims asserted under the FCRA: an "accuracy" class for the §1681e(b) claim, and a "disclosure"

12   subclass for the § 1681g claim.  *See Patel v. TransUnion, LLC*, 308 F.R.D. 292, 310 (N.D. Cal. 2015).

13   The Court stayed the case until the Supreme Court decided *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540

14   (2016), and denied the Defendants' subsequent motion to decertify the class.

15   3.    Subsequently, the parties settled their case.  The settlement achieves an excellent result for Class

16   Members, with $4,202,000 allocated to the Automatic Payment Pool from which the Settlement

17   Administrator will fund $400 Automatic Payments to Class Members in accordance with the terms of

18   the Settlement Agreement and additional relief of $1,000,000 via a claims made process.  Plaintiff

19   moved for preliminary approval of the settlement and the Court granted preliminary approval of the

20   proposed settlement on October 26, 2017.

21       4.      The Settlement Agreement provides in Section 1.14 for the appointment of James A.

22   Francis, John Soumilas, David A. Searles and Lauren K.W. Brennan of Francis & Mailman, P.C.

23   and Ingrid M. Evans of the Evans Law Firm, Inc. as Class Counsel.  Section 2.4 of the Settlement

24

- 2 -

DECL. OF INGRID M. EVANS ISO MTN FOR FINAL APPROVAL AND ATTORNEY FEES AND COSTS

1  and Ingrid M. Evans of the Evans Law Firm, Inc. as Class Counsel.  Section 2.4 of the Settlement

2  Agreement provides that Class Counsel shall file the Fee Petition no later than ten (10) days prior to

3  the Final Approval Hearing, or within any other time set by the Court.  I make this declaration in

4  support of the Evans Law Firm, Inc. application for attorneys' fees and costs as Class Co-Counsel

5  herein.

6       5.  As part of my firm's initial investigation into this case, we worked extensively with

7  Michelle Noble McCain, Mr. Patel's local lawyer.  Ms. McCain will receive a 5% fee for the work

8  she expended in connection with this case. During pre-litigation investigation, my firm and Ms.

9  McCain reviewed documentary evidence, interviewed Mr. Patel to establish the factual basis of any

10  claims, researched the legal foundations of his causes of action, engaged in numerous discussions

11  regarding proper procedure and venue for this matter, and completed an initial draft of a complaint.

12       6.  The work of my own firm continued after these initial steps.  For a case such as this

13  one, I am qualified and experienced in class action litigation and have been appointed as class action

14  counsel in many cases as set forth below.  My Curriculum Vitae is attached hereto as **Exhibit A.**

15  Others at my firm and I have performed significant work in this case beginning with initial

16  communications with Mr. Patel, class representative, and review of documentation and facts in order to

17  identify potential legal claims against Defendant (21.75 hours); working with co-counsel we drafted

18  and revised a detailed class action complaint, summons and other initial papers including a notice of

19  pendency of the related case of *Ramirez v. TransUnion, LLC,* No. 12-CV-00632 ( 25.6 hours); informal

20  and initial discovery, ADR Stipulation, preparation of protective order, and extensive review of pre-

21  class certification discovery (84.8 hours); preparation and filing of Case Management Statements and

22  attending Class Management Conference (12 hours); consideration and review of Defendant's

23  deposition subpoenas and conferences with co-counsel with regard thereto and preparation of Plaintiff

24

DECL. OF INGRID M. EVANS ISO MTN FOR FINAL APPROVAL AND ATTORNEY FEES AND COSTS

1   for deposition and attending deposition (23.70 hours); preparation of mediation statement and

2   preparation and attendance at Status Conference (21.3 hours); preparation and review of class

3   certification motion and supporting papers and exhibits and conferences with co-counsel with respect to

4   same and review of Defendant's opposition and preparation and review of Plaintiff's reply ( 64.35

5   hours); review motion to stay, conferences with co-counsel with regard to same and preparation and

6   review of opposition memorandum (78.25 hours); review of Defendant's motion to decertify and

7   preparation and review of opposition thereto and conferences with co-counsel regarding same (18.60

8   hours); further discovery matters and deposition scheduling and transcript review (26.5 hours); review

9   of mediation brief, settlement agreement and preliminary approval motion (30.80 hours);; email

10  correspondence with claims administrator regarding contacts from claimants, follow up with class

11  members regarding claims and review of retracted objection, monitoring court docket regarding same,

12  forwarding class member contact information to class administrator and communications with claim

13  administrator regarding various claims questions and questions regarding class administration (25 hrs.);

14  preparation and review of fees and expenses in support of  fee application and review of final approval

15  motion and declarations in support thereof (14.5 hours); and estimated additional time for preparation

16  and attendance at final approval hearing on March 8 (3 hrs) .

17         7.    I am the primary litigator at Evans Law Firm, Inc. responsible, along with co-counsel herein,

18  for all litigation aspects of this class action against TransUnion.  Before founding the Evans Law Firm,

19  Inc., I was a litigator at various law firms, where I was involved as lead counsel on various class action

20  lawsuits.  Before working for private law firms, I was a Deputy City Attorney for San Francisco where I

21  was involved as lead counsel on various class action lawsuits both defending and prosecuting actions on

22  behalf of San Francisco.

23

24

- 4 -

8.      After leaving the City Attorney's Office, I was appointed as lead class counsel in the case of *Buhs v. American International Group, Inc., et al.*, San Francisco Superior Court, Case No. 04-435919, which resulted in a certified class and class-wide settlement involving fraudulent business practices under California Business and Professions Code §§ 17200, *et seq.*   I am/was co-lead counsel in the following cases: *Imburgia v. DirecTV, Inc.*, Los Angeles Superior Court case no. BC398295 (lead case) and Los Angeles Superior Court case no. BC398431 (consolidated); *Kennedy v. Jackson National Life Ins. Co.,* U.S.D.C., Northern District of California, Oakland Division, Case No. CV07-0371; *Rand v. Am. Nat'l Ins. Co.,* Northern District of California, San Francisco Division, Case No. CV09-0639; *Maxine Derry and Russell Hemen v. Jackson National Life Ins. Co.,* Northern District of California, Case No. 12-1380-CW; and *Amit Patel, et. al v. Transunion LLC, et al.,* Northern District of California, Case No. 14-0522-LB.

9.   I am and/or was co-counsel in the following putative class action or class action Cases (some of which are also listed above for which I was lead counsel):

| Date Filed | Case | State or National Class Action |
|---|---|---|
| 02/16/05 | *Hicks v. Liberty Bankers Life Ins. Co.*, San Francisco Superior Court, Case No. 05-438718 | Putative CA Class Action |
| 09/20/05 | *In re Midland Nat'l Life Ins. Co. Annuity Sales Practices Litig.,* MDL No. CV-07-1825-CAS(MANx) | National Class Action (certified) |
| 12/22/05 | *Healey v. Allianz Life Ins. Co. of N. Am.*, U.S.D.C., Central District of California, Western Division, Case No. CV05-8905 | National Class Action (class case certified over 200,000 seniors) |
| 09/09/05 | *Negrete v. Allianz Life Ins. Co. of N. Am.*, U.S.D.C., Central District of California, Western Division, Case No. CV05-6838 | National Class Action (class case certified over 200,000 seniors) |
| 12/22/05 | *In re National Western Life Ins. Deferred Annuities Litig.,* U.S.D.C., Southern District of California, Case No. 05 CV 1018 | National Class Action (class case certified over 180,000 seniors) |

DECL. OF INGRID M. EVANS ISO MTN FOR FINAL APPROVAL AND ATTORNEY FEES AND COSTS

| | | |
|---|---|---|
| 01/20/06 | *In re Am. Equity Annuity Practices and Sales Litig.,* U.S.D.C., Central District of California, Western Division, Case No. CV05-6735 | National Class Action (certified) |
| 09/09/05 | *Negrete v. Fidelity and Guaranty Life Ins. Co.,* U.S.D.C., Central District of California, Western Division, Case No. CV05-6837 | National Class Action (class case certified over 56,000 members) |
| 01/27/06 | *In re Conseco Ins. Co. Annuity Marketing & Sales Practices Litig.,* U.S.D.C., Northern District of California, San Jose Division, Case No. CV05-04726 | National Class Action (certified) |
| 02/22/07 | *Kennedy v. Jackson National Life Ins. Co.,* U.S.D.C., Northern District of California, Oakland Division, Case No. CV07-0371 | National Class Action (certified) |
| 09/17/08 | *Imburgia v. DirecTV, Inc.*, Los Angeles Superior Court case no. BC398295 (lead case) and Los Angeles Superior Court case no. BC398431 (consolidated) | California Class Action (class case certified over 800,000 consumers) |
| 11/20/08 | *Wachowski v. Clorox Co.*, U.S.D.C., Northern District of California, San Francisco Division, Case No. CV08-5269 | National Class Action (class settlement) |
| 02/12/09 | *Rand v. Am. Nat'l Ins. Co.*, Northern District of California, San Francisco Division, Case No. CV09-0639 | California Class Action (class settlement) |
| 04/05/10 | *El Dorado Hospitality, LLC v. Thyssenkrupp Elevator,* Alameda Superior Court, Case No. RG10507954 | California Class Action (unknown, previous employer) |
| 03/02/11 | *Maxine Derry and Russell Hemen v. Jackson National Life Ins. Co.*, Central District of California, Southern Division, Case No. SACV11-cv-00343 | California Class Action (class settlement) |
| 7/17/2012 | *Ng, et al. v. International Disposal Corp. of California, et al.,* Santa Clara Superior Court, Case No. 2012-1-CV-228591 | California Class Action (class settlement) |
| 2/4/2014 | *Amit Patel, et. al v Transunion LLC, et al.,* Northern District of California, Case No. 14-0522-LB | National Class Action |
| 5/7/2014 | *Brooks et al. v. Darling Ingredients, et al,* Eastern District of California, Case No. 1:14-CV-01128-MCE-SMS | Putative California Class Action |
| 11/5/2015 | *Kazeminezhad, et al. v. AGA Service Company*, et al., Northern District of California, Case No. 3:15-cv-05087-JD | Putative National Class Action |

DECL. OF INGRID M. EVANS ISO MTN FOR FINAL APPROVAL AND ATTORNEY FEES AND COSTS

| | | | |
|---|---|---|---|
| 5/24/2016 | *Paul Davis, et al. v. Riversource, et al.,* Northern District of California, Case No. 4:16-CV-02801-JSW | | Putative California Class Action |

10.    The total number of hours spent on this litigation (collectively) by ELF is **450.15** hours for a total fee of **$236,599.95**. The hourly rates set forth in the chart below for the attorneys, paralegals and law clerks are the regular rates charged for their services in similar litigation.    A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| **Attorneys:** | | | |
| Ingrid Evans | 218.30 | $725[1] | $158,267.50 |
| Michael Levy | 48.10 | $525 | 25,252.50 |
| Elliot Wong | 24.65 | $475 | 11,708.75 |
| Tiffany Woo | 3.70 | $475 | 1,757.50 |
| Alexandra Rodriquez | 6.70 | $475 | 3,182.50 |
| **Paralegals/Law Clerks:** | | | |
| Kathryn Klein | 31 | $245 | 7,595.00 |
| Emily Tripodi | 20.70 | $245 | 5,071.50 |
| Joseph Hunter | 10.70 | $245 | 2,621.20 |
| Mark Rennie | 42.6 | $245 | 10,437.00 |
| Jessica Choi | 6.80 | $245 | 1,666.00 |

[1]  Similar rates reflected in this declaration have been approved by Federal and California state judges in numerous fee applications. In class action litigation work dating 2014 and earlier, Ms. Evans' approved hourly rate was $625.*See Negrete v. Allianz Life Ins. Co.*, Case No. 2:05-cv-06838-CAS-MAN, (C.D. Ca. March 17,2015) Amended Final Order Approving Class Action Settlement, Dkt. 1293 (Court approved $625 rate for partner Ingrid Evans, $450 rate for an associate attorney and $245 rate for a law clerk). *The Negrete rate that*

- 7 -

DECL. OF INGRID M. EVANS ISO MTN FOR FINAL APPROVAL AND ATTORNEY FEES AND COSTS

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| Tess Foley | 26.0 | $245 | 6370.00 |
| Casey Mitchell | 10.9 | $245 | 2,670.50 |
| **TOTAL FEES** | **450.15** | | **$ 236,599.95** |

11.     ELF has incurred a total of **$5589.42** in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $590.58 |
| Photocopies/Postage/Phone/Fax | 4,365.34 |
| Lexis, Westlaw, Online Library Research | 3.50 |
| Filing Fees and Accounting | 630.00 |
| **TOTAL EXPENSES/COSTS** | **$ 5,589.42** |

was previously approved has been adjusted upwards for Ms. Evans to account for significant time since the *Negrete* case was initiated in 2006 and concluded in 2014. An hourly rate of $695 was most recently approved for Ms. Evans in the non-class action matter litigated in San Francisco captioned *Lily N. v. Peter Hopkins, et al.,* Case No. CGC-16-553931 (Superior Court for County of San Francisco, January 4, 2018) Order Granting Plaintiff Lily N.'s Motion for Attorneys' Fees and Costs (approving over 430 hours of Ms. Evans' time over 2016-2017 at $695/hr).

In the instant class action, an hourly rate of $725 for Ms. Evans is reasonable. *See Cotter v. Lyft Inc.,* No. 13–cv–4065–VC, 2017 WL 1033527 (N.D. Cal. Mar. 16, 2017) Order Granting Final Approval of Settlement Agreement (Dkt. No. 310) (approving hourly rates of $800 for class of 1996); *Alden v. Alden,* No. CIV 524269 (San Mateo Cty. Super. Ct. Nov. 23, 2015) Order Granting Petitioner Katherine Alden's Motion for Attorneys' Fees and Costs (approving hourly rates of $875 for 22 years of experience); *In re High–Tech Emp. Antitrust Litig.,* No. 11-cv-02509-LHK, 2015 WL 5158730, at *9 (N.D. Cal. Sept. 2, 2015) Order Granting in Part and Denying in Part Motions for Attorney's Fees, Reimbursement of Expenses, and Service Awards (approving hourly rates ranging from $490–950).

- 8 -

DECL. OF INGRID M. EVANS ISO MTN FOR FINAL APPROVAL AND ATTORNEY FEES AND COSTS

The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from time slips and time keeping programs, expense vouchers, check records, receipts, invoices and other documents and are an accurate record of the expenses. As detailed above, the fees incurred in this matter by the Evans Law Firm, Inc. are in the amount of **$236,599.95** and costs and expenses are in the amount of **$ 5,589.42**. Based on the extensive work performed by my firm as described above, the fees and expenses are reasonable and should be granted herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of February 2018 in San Francisco, California.

EVANS LAW FIRM, INC.

By: _____

INGRID EVANS (SBN 179094)

*Attorneys for Plaintiff Amit Patel and the Classes*

- 9 -

DECL. OF INGRID M. EVANS ISO MTN FOR FINAL APPROVAL AND ATTORNEY FEES AND COSTS

# EXHIBIT A

# INGRID M. EVANS

***

**Evans Law Firm, Inc.**
3053 Fillmore Street #236, San Francisco, CA 94123
Telephone 415-441-8669  Toll Free 888-503-8267 Fax No. 888-891-4906
ingrid@evanslaw.com,
www.evanslaw.com

***

## SUMMARY OF QUALIFICATIONS

Experienced litigator with jury trials in state and federal courts and expertise in diverse areas of law including personal injury, elder financial abuse, representation of public entities in complex cases, and consumer fraud/protection class actions.  Licensed to practice law in New York, Washington D.C. and California and admitted in multiple federal courts. Board Certified Civil Trial Advocate and Civil Pretrial Practice Advocate by the National Board of Trial Advocacy, selected as a finalist for the 2009, 2012 and 2015 California Consumer Attorney of the Year Award, and named as one of the 2009 Rising Stars by Northern California *Super Lawyers*® and 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017 Northern California *Super Lawyers*® and Top Women Attorneys of Northern California 2012 *Super Lawyers*®, Women Leaders in the Law by the Recorder, Global Awards 2016 (Elder Law) and 2014, 2015, 2016, 2017 and Best Lawyers in America.

***

## LEGAL EXPERIENCE

**Founding Partner**
**Evans Law Firm, Inc., San Francisco, CA**                                   **Current**
Ms. Evans founded the Evans Law Firm in San Francisco and practices in the area of consumer fraud, insurance and elder financial and physical abuse cases, whistleblowers, personal injury and toxic torts. Ms. Evans has represented public entities in private attorney general actions, has extensive experience in complex civil cases and was undefeated in jury trials as a former deputy city attorney in San Francisco. Ms. Evans served on the Executive Committee/Board of Directors for Consumer Attorneys of California and was the first Chair of the Womens' Caucus. She also serves on the Board of Governors for Public Justice and the American Association for Justice (formerly ATLA) and was the first Co-Chair of the Class Action Litigation Group for AAJ.  Ms. Evans has been lead counsel on numerous class actions and is well-known in California for the results she has achieved in elder abuse cases including 2009 and 2012 Consumer Attorney of the Year Finalist.

**Of Counsel**
**Waters Kraus & Paul, San Francisco, CA**                                   **11/08 – 2010**
Managing and lead trial attorney for the San Francisco office, opened in 2008.  Responsible for all litigation related to the San Francisco office including a large consumer fraud class action practice, lead counsel on multiple cases including elder financial abuse, credit card, early termination fee and insurance litigation, qui tam/false claims/whistleblower case.  Class counsel on nationwide certified class of 230,000 senior victims. Lead counsel on class action involving 17,000 senior citizens and settled for $12,000,000.

**Senior Litigation Counsel**                                   **8/04 – 10/08**
**Renne Sloan Holtzman & Sakai, LLP, Public Law Group**      **San Francisco, CA**
Primary litigator at RSHS responsible for litigation of all class action cases, including a certified class of 250,000 senior citizen victims and lead counsel on a certified class of 750 senior victims that settled for over $6.5 million; lead counsel on various consumer protection class actions; chief trial attorney at RSHS responsible for representing public entities in class, individual and private attorney general cases, specifically: 1) Multiple major CA public entities (including Los Angeles, San Francisco, San Diego and Oakland) against lead paint manufacturers; 2)

Putative class action representing County of Santa Clara and San Francisco School District against insurance brokers for illegal kickbacks; 3) State of New Mexico against Eli Lilly & Co.; and 4) County of Alameda, Sheriff's Department against the Judicial Council and Alameda Court for non-payment of contractual services. Chief litigator in charge of cases involving individual victims including multiple plaintiffs in a racial discrimination action and senior victims in financial fraud cases. Supervising attorney for associates and law clerks regarding litigation; responsible for coordination of multiple law firms and complex litigation in state and federal courts.

**Deputy City Attorney**                                                                        **4/99 - 8/04**
**San Francisco City Attorney's Office**                                    **San Francisco, CA**
Lead trial attorney on complex and class action cases and managed multiple firms in consumer protection litigation. Completed eleven civil trials (undefeated in jury trials at City Attorney's Office). Cases tried in both federal and state court. Member of the affirmative litigation team which was responsible for litigating consumer protection cases for San Francisco including: 1) an action involving all major counties in California against the firearm industry seeking for defective design and marketing practices; 2) the first financial elder abuse action filed by San Francisco; and 3) a suit against lead paint manufacturers to abate lead contaminated properties brought on behalf of major California cities and counties. Responsible for litigating personal injury defense actions including medical malpractice, dangerous condition, negligence, civil rights (strip search, false arrest, excessive force, unreasonable searches), automobile, emergency vehicle, bus and code enforcement actions. She also served as lead class action counsel for the City in multiple civil rights actions.

**Associate**                                                                                            **5/97 - 3/99**
**Hersh & Hersh**                                                                          **San Francisco, CA**
All aspects of civil litigation in a busy plaintiffs' firm emphasizing personal injury, product liability, malpractice and employment law. Two jury trials including a medical malpractice and product liability trial. Job responsibilities included: managing significant case load; expert, party and witness depositions; default prove-up hearing with a $7 million judgment; court appearances; writing law and motion and appellate briefs; arguing law and motion; performing arbitrations, settlement conferences and mediations; propounding and answering discovery; and negotiating and settling cases.

**Associate**                                                                                            **1/96 - 5/97**
**Brayton Harley Curtis**                                                                        **Novato, CA**
Second-chaired a personal injury asbestos bench trial with a verdict returned in plaintiff's favor for $400,000 (*Arena v. Owens Corning Fiberglas Corp.*); conducted over twenty bench trials/default prove-up hearings with over $4 million in accumulated awards; argued and wrote briefs for law and motion and discovery matters; wrote trial and arbitration briefs; offensive and defensive discovery; argued over 24 summary judgment oppositions; defended and took plaintiff, witness and expert depositions (over 75 depositions my first year of practice); performed jury hardship hearings; and independently managed cases.

**Law Clerk**                                                                                          **9/94 - 5/95**
**CA Environmental Protection Agency Dept. of Toxic Substances Control**    **Sacramento, CA,**

**Law Clerk**                                                                                          **6/94 - 7/94**
**Riverside District Attorney's Office**                                          **Riverside, CA**

**Judicial Clerk**                                                                                  **6/93 - 8/93**
**Workers' Compensation Appeals Board**                                **San Francisco, CA**

---

## ADMISSIONS TO PRACTICE LAW

**State of California**, Admitted 1995, State Bar No. 179094
**District of Columbia**, Admitted 2003, State Bar No. 481443

**State of New York**, Admitted 2004, State Bar No. 4249678
**United States District Courts**, Northern, Central, Eastern and Southern Districts of California; Eastern and Western Districts of Michigan, 2006; Southern District of New York, 2009
**U.S. Ninth Circuit of Appeals**, 1995
**U.S. Supreme Court,** 2005

---

## EDUCATION

**MCGEORGE SCHOOL OF LAW**                                        Sacramento, CA
Juris Doctorate, 1995
 Honors:
        Dean's Honor Roll 1993-1994
        Verne Adrian and Annabel Mc George Academic Achievement Scholarships
        Trial Advocacy and American Trial Lawyers' Association Oral Advocacy Finalists
Member:
        AAJ (formerly ATLA)
        Environmental Law Forum, Vice President
        International Law Society
        Public Legal Services Society

Production Intern for (CNN) Cable News Network's *Crossfire,* Washington D.C. 1993

**UNIVERSITY OF CALIFORNIA**                                        Irvine, CA
Bachelor of Arts, Political Science (First Amendment Specialization), 1992; Minor, Spanish
Honors:
        Scholar Athlete Awards 1988-1991
        Academic Scholarship

---

## PROFESSIONAL ASSOCIATIONS

### TRIAL AND BAR ASSOCIATIONS

American Bar Association, 1995 - 05

American Association for Justice (formerly ATLA), 1994 - Present
        Board of Governors, 2008 - Present
        Board of Governors, New Lawyers' Division, 2001-2006
        Board of Trustees, National College of Advocacy 2014 - 2015
        Vice Chair, Convention Planning Committee, 2013-2014
        Chair, Class Action Litigation Group, 2008 - 2010
        Chair-Elect, Firearms and Ammunition Litigation Group, 1998 - 1999, 2004
        Secretary, Qui Tam Litigation Group,  2013-2014
        Chair Elect, Vice Chair Qui Tam Litigation Group, 2014-2015
        Chair, Firearms' and Ammunition Litigation Group, 1999 - 2000
        Chair, Women's Caucus Education Committee, 2010 - 2011
        Vice Chair, Section and Litigation Group Coordination Committee, 2010 – 2012, 2015-2016
        Member, Convention Planning Committee, 2006 – Present
        Member, Membership Oversight Committee 2010- Present
        Member, Firearms and Ammunition Litigation Group, 1997 - 2004
        Member, Law Schools Committee, 2007 - Present

Member, Lead Paint Litigation Group, 2000 - Present
Member, National Finance Committee, 2010 - 2011
Member, Public Affairs and Convention Committees, 2006 - 2007
Member, Women's Caucus, 1996 – Present; Education Committee 2008
Member, National Finance Committee 2010

Consumer Attorneys of California, 2001 - Present
Executive Committee – Secretary, 2011-2012; Parliamentarian, 2010 – 2011; Financial Secretary, 2009 - 2010
Board of Directors, 2008 - 2013
Board of Governors, 2006 - 2015
Chair, Women's Caucus, 2008 - 2010
Co-Chair, Education Committee, 2010
Member, Education Committee, 2006 - Present
Member, Legislative Committee, 2006 - Present
Member, Membership Committee, 2008 - Present
Member, Planning Committee, 2008

Edward J. McFetridge Inn of Court, 2001 - 2006

Lawyers' Club Inn of Court, 1997 – 2000

National Academy of Elder Law Attorneys, 2010 - Present

Public Justice (formerly Trial Lawyers for Public Justice (TLPJ)), 1999 - Present
Board of Directors, 2004 - Present
Chair, Law Schools Committee, 2008 - Present
Chair, Auction Committee, 2005
Member, Communications and State Network Committee, 2003 - Present
Member, Cy Pres Committee, 2007 - Present
Member, Diversity Committee, 2003 - Present
Member, Lead Paint Litigation Group, 2000 - Present
Member, Membership Committee, 2006 - Present
Northern California State Coordinator, 2003 - Present

San Francisco Trial Lawyers' Association, 1996 - Present
Member, Community Involvement Committee, 2003 - Present
Member, Diversity Committee, 2007 - Present
Member, Women's Caucus, 2000 - Present

## COMMUNITY ASSOCIATIONS

California Advocates for Nursing Home Reform, 2004 – Present
Elder Financial Protection Network, 2005 - Present
Communities for a Better Environment, 1995 - 2003
Save the Bay, 2000 - Present
Sierra Club, 1992 - Present
Youth Employment Partnership, Board of Directors, 2001 - 2004

## SPEECHES AND PAPERS

***Aging in America Conference, San Franciso, March 2018

Reining in Reverse Mortgage Abuse, Trial Magazine, December 2017

Dealing With the Press, SFTLA, San Francisco, July 2017

What Every Practitioner Needs to Know About Elder Financial Abuse, Alameda Bar Association, July 2017

Be Aware! Elder Financial Abuse 101 for Financial Advisors, FPA Norcal, San Francisco, May 2017

Schwab Impact, Elder Financial Abuse:  How Advisors Can Advocate for Clients, San Diego, October 2016

Elder Financial Abuse MCLE's to Napa and Contra Costa Bar Associations 2016

10th Annual Class Action Hurdles from the Plaintiff's Perspective, San Francisco, February 2016

Elder Abuse Discussion Following "Last Will and Embezzlement", Grace Cathedral, San Francisco, June 2015

9th Annual Class Action Hurdles from the Plaintiff's Perspective, San Francisco, February 2015

Protecting Yourself and Your Clients from Financial Abuse and Fraud, Legal Assistance for Seniors, San Francisco, May 2014

8th Annual Class Action Hurdles from the Plaintiff's Perspective, San Francisco, February 2014

135 Years Later – How the legal field still undervalues women? SFTLA, January 2014

Emerging Trends in Nursing Home Litigation, CAOC, November 2013

Elder Abuse Panel, Institute on Aging, October 2013

The Path Less Traveled, San Francisco, SFTLA, July 2013

Protecting Yourself and Your Clients from Financial Abuse and Fraud – A Fiduciaries' Role, Monterey, CA, March 2013

7th Annual Class Action Hurdles from the Plaintiff's Perspective, San Francisco, February 2013

Protecting Yourself from Identify Theft, Novato, CA, January 2013

EADACPA– Sharpening the Skills, California Advocates for Nursing Home Reform, Monterey, CA, November 2012

Elder Abuse Panel, Consumer Attorneys of California, San Francisco, CA, November 2012

Call to Action, Elder Financial Protection Network, San Francisco, CA May 2012

Elder Law Litigation Strategies, Chapter on Protecting Clients from Elder Financial Fraud and Abuse, Inside the Minds, West Publications/Aspatore, 2012

Effective Discovery: From Interrogatories to Depositions, San Francisco Trial Lawyers Association, March 2012

6th Annual Class Action Hurdles from the Plaintiff's Perspective, San Francisco, February 2012

Social Media, American Association for Justice, Phoenix, Arizona, February 2012

Gender Bias Webinar, Pregnancy Discrimination, Consumer Attorneys of California, January 2012

Elder Financial Abuse- Legal Considerations: Webinar, Identifying, Preventing and Redressing Exploitation, Strafford, January 2012

False Claims Cases: Returning Taxpayer Dollars/Financial Fraud, Consumer Attorneys of California Annual Convention, San Francisco, November 2012

Litigating Financial Elder Abuse - A Case Presentation and Predatory and Deceptive Financial Abuse Scams, Elder Financial Protection Network, Los Angeles, November 2011

New Regulations and Dodd-Frank Serve to Protect Whistleblowers and Aid Attorneys, Employment Newsletter AAJ, Fall 2011

Dissecting the U.S. Supreme Court Decision in *Wal-Mart Stores, Inc. v. Dukes* Teleseminar, July 2011

Advocacy Track: Storytelling and Persuasion, American Association for Justice, New York, New York, July 2011

Predatory and Deceptive Elder Financial Abuse Scams, Call to Action Elder Financial Protection Network, San Francisco, March 2011

5th Annual Class Action Hurdles from the Plaintiff's Perspective, San Francisco, January 2011

Elimination of Bias: From Then to Now, Consumer Attorneys of California Annual Convention Materials, published in November 2010

Avoiding Ethical Pitfalls In A Class Action Settlement: Best Practices in Fee, American Association for Justice, July 2010

Networking for Law Students and New Lawyers: Hitting the Ground Running in Trying Economic Times, American Association for Justice, July 2010

Networking, Rainmaking and Marketing, Women's Leadership Conference, Association for Justice, July 2010

Are Secret Settlements Unethical? American Association for Justice Teleseminar, March 2010.

Overdraft Overkill: The New Bank Scam and How Plaintiffs Are Fighting Back, American Association for Justice, January 2010

4th Annual Class Action Hurdles from the Plaintiff's Perspective, San Francisco, January 2010

Plaintiffs' Right to Discover the Identity of Potential Class Members before Class Certification, American Association for Justice's Class Action Litigation Group Newsletter, Winter 2009

Bringing Suit on Behalf Of A False Claims Act Whistleblower, San Francisco, November 2009

New Developments in Class Actions, American Association for Justice, San Francisco, July 2009

Protecting Seniors from Financial Abuse, Trial Magazine, July 2009

Developing and Managing Class Actions, Consumer Attorneys of California and Consumer Attorneys of Los Angeles, Los Angeles, June 2009

Prosecuting and Litigating Elder Financial Abuse, Call to Action, San Francisco, March 2009

3rd Annual Class Action Hurdles from the Plaintiff's Perspective, San Francisco, January 2008

Beyond Boilerplate: Raising the Bar on Motions in Limine, San Francisco Trial Lawyers' Association, San Francisco, December 2008

Class Certification: A Streamlined Procedural Motion or Just Another Bite At the Apple For Defendants to Challenge The Merits of the Case? Forum Magazine, 2009.

Public Nuisance Litigation: Protecting the Public or Expanding Products Liability Law, National Center for State Courts, Washington D.C., November 2008

Bringing an Effective Motion to Compel Discovery, Consumer Attorneys of California Annual Convention, San Francisco, November 2008.

Advocacy Track: Demonstrative Opening Statement – Breach of Good Faith and Fair Dealing/Breach of Contract, AAJ Annual Convention, Philadelphia, July 2008.

Litigating MUNI cases: Perspectives from Both Sides of the Fence, San Francisco, 2008.

Not Just Defense Anymore:  Representing the Interests of Public Entities in Affirmative Litigation, The Sidebar, 200

PFAC 13th Annual Educational Conference, Professional Fiduciary Association of California, San Francisco Airport, May 2008

Living Trust Mills and Annuity Sales to Seniors, Legal Assistance for Seniors 4th Annual Elder Abuse Conference, Oakland, May 2008

Predatory Mortgage Refinancing, Abusive Reverse Mortgage Practices, Legal Assistance for Seniors 4th Annual Elder Abuse Conference, Oakland, May 2008

Elder Financial Abuse - Annuity and Long Term Care Insurance Fraud, Orange County, 2008

2nd Annual Class Action Hurdles from the Plaintiff's Perspective, San Francisco, March 2008

Elder & Dependent Adult Abuse and Legal Remedies, San Mateo Chapter Professional Fiduciary Association of California, February 2008

Advocacy Track:  Discovery in Complex Cases, AAJ Winter Convention, Puerto Rico, February 2008
Elder Financial Abuse Trust Mill and Annuity Litigation, various 2004 - 2008

Living Trust Mills and Annuity Sales to Seniors, Legal Assistance for Seniors 3rd Annual Elder Abuse Conference, Oakland, May 2007

Class Action Hurdles from the Plaintiff's Perspective, San Francisco, January 2007

Class Action Update, CAOC Annual Seminar, San Diego, November 2006

Elder Financial Abuse, USF Law School, San Francisco, 2006

Resumes that Get Results: Getting Hired by a Plaintiff's Firm, ATLA Annual Convention, Seattle, July 2006

Living Trust Mills and Annuity Sales to Seniors, Legal Assistance for Seniors 2nd Annual Elder Abuse Conference, Oakland, May 2006

Deferred Annuity Marketing and Sales Practices: Seniors Beware!, ALI-ABA Insurance Industry and Financial Services Litigation, Washington, D.C., March 2006

Getting Your (Power) Point Made During Closing Argument, CAOC Tahoe Seminar, February 2006

Protecting Consumers: A Career as a Trial Lawyer, USF Law School, San Francisco, 2005

Broker Malfeasance in Public Entity Risk Management, ATLA Annual Convention, Toronto, July 2005

Lead Paint Litigation – Status of Nationwide Litigation, Western Regional Conference on Eliminating Childhood Lead Poisoning, Berkeley, 2004

Litigating Against the Firearm Industry, American Jurisprudence *Trials,* West Publications, July 2002

Cities Take Aim: City Firearm Litigation and Nuisance Law, ATLA Annual Convention, Montreal, 2001

City Lawsuits Against the Gun Industry Will Pressure Firearm Manufacturers to Design Safer Weapons and Sell Guns, FindLaw, 2001

Lead Paint Litigation Seminar, ATLA Annual Convention, Montreal, 2001

Firearm Litigation: The Impact of Lawsuits Against the Firearm Industry, ATLA Annual Convention, Chicago, 2000

Cities Take Aim: City Firearm Litigation, ATLA Winter Convention, Puerto Rico, 2000

Safety Technology for Firearms: Using Litigation as a Means to Persuade Firearm Manufacturers to Incorporate Feasible and Existing Safety Technology into the Design of Firearms, ATLA Annual Convention, Washington D.C, 1998

---

## NEWS AND MEDIA

**TELEVISION NEWS AND MEDIA**

CNBC, Financial advisors: Your line of defense against elder abuse, Darla Mercado, October 27, 2016

ABC, Channel 30 Action News, Fresno Lawsuit Centers on Stink, May 2014

NBC, Channel 3, Milpitas Dump Threatened With Class-Action Lawsuit, July 2012

KTVU Channel 6, Wrongful death suit filed by dementia patient's family, San Francisco, 2012

ABC Local, Family files lawsuit over dementia patient's death, San Francisco, 2012

NBC Nightly National News with Brian Williams, Reverse Mortgages, 2008

The Today Show, Matt Lauer and Meredith Vieira, Reverse Mortgages, 2008

KFOX, Fox News, Deferred Annuities I-Team Investigation, Cleveland 2007

KRON Silver Lining, San Francisco, Annuities, 2007

## PRINT NEWS AND MEDIA

Gilead Faces Revived Lawsuit Claiming it Sidestepped FDA and HIV, Fierce Pharma, July 2017

9th Circuit Revived Suit Over Drugs, The Recorder, July 2017

Whistle-blower lawsuit against Gilead can proceed, SF Chronicle/Gate, July 2017

Law 360, Multiple. Including Gilead FCA Suit Satisfies Escobar, 9th Circuit Rules

U.S. Supreme Court Forces DIRECTV Customers Out Of Court, Into Private Arbitration Over Illegal $480 "Early Cancellation Fees," says Consumer Watchdog, PR Newswire, December 2015

Life Insurance Company Accused of Lying to Consumers About Financial Stability by Shaun Zinck, July 1, 2015

Aviva, Athene, and Apollo Are Defendants in a RICO Lawsuit about Alleged Phony Reinsurance by Joseph Belth, June 30, 2015

Judge certifies class action over TransUnion terrorist alerts byDena Aubin, Reuters Legal, June 30, 2015

Protecting Your  Aging Parents Against  Identity Theft Can Be a Full Time Job by Nicholas Pell, The Street, June 17, 2015

DIRECTV Consumer Class Action Against Overcharges May Go Forward, California Court Of Appeal Says, May 2015

Financial Elder Abuse Attorneys in High Demand by Joshua Sebold, Daily Journal, November 14, 2014

FCA Whistleblowers Accuse Gilead Of Defective-Drug Fraud, Law 360 and Wall Street Journal, September 2014

Consumers' Lawsuit Against DIRECTV May Proceed, Court of Appeal Says, The Recorder, April 8, 2014

'Pension poachers' profit off benefits meant for elderly veterans, widows, December 2013

Class Action Suit filed against Landfill Operator, Milpitas Post, July 2012

Class Action Suit Against Landfill Threatened, Milpitas Post, July 2012

Elder Abuse Attorney Ingrid Evans Files Wrongful Death Lawsuit in Disappearance and Death of an Elderly Dementia Patient, SF Gate/SF Chronicle, San Francisco, 2012

Family of dementia patient files wrongful death suit against conservator, transit agencies, Nichi Bei, 2012

Consumers Ask Court to Stop DIRECTV from Taking Disputed 'Cancellation Fees' Out of Bank Accounts, Credit Cards, PR Newswire, SOA World Magazine, September 2009

Class Claims Chase Payment Plan is a Scam, Courthouse News Service, July 2009

Elderly, Disabled, Sick Find Courtroom Champion in Evans, Pacific Law, May 2009

Are Annuities Your Best Bet? Protect Your Nest Egg Against Unsuitable Investments, AARP Bulletin, Thomas Korosec, April 2009

Attorney Ingrid Evans Stands Up for Seniors, Lawyers and Settlements.com, Brenda Craig, January 2009

Ingrid M. Evans (Profile): The Gift for Playing Guardian Embodies Her Life's Work, *Plaintiff Magazine,* Stephen Ellison, Dec. 2008.

Texas Plaintiffs' Firm Comes to San Francisco, *The Daily Journal*, Dhayana Levey, November 2008

Trial Lawyers Form Women's Caucus,*The Daily Journal,* Rebecca Beyer, May 2008

Elder Financial Abuse – California lawyers follow the money to protect seniors, *California Lawyer*, Rebecca Beyer, 2008

Senior Protection, *Orange County Register*, Cheryl Walker, 2008

Watch Out for Sneaky Sales Tactics, *Consumer Reports*, 2008

S.F. Judge Tosses Court Security Suit, *The Recorder*, Matthew Hirsch, 2008

Court Security Suit Pushes On, *The Recorder*, Matthew Hirsch, 2008

Deception Hits Mortgage Markets Once Again, McClatchy Newspapers, Tony Pugh, 2007/2008 (*Miami-Herald*; Reverse Mortgages Hit by Deceit, *Contra Costa Times*; Reverse Mortgages a New Threat to Seniors, Experts Worry Home Loans, *Modesto Bee*; Reverse Mortgage Market: Remember Subprime Loans, *Fresno Bee*)

Whose Preying on Your Grandparents? *New York Times*, Gretchen Morgenson, 2005 (republished numerous times)

Curious collaboration, *Recorder*, Justin Scheck, 2004

S.F. Targets Elder Abuse:  City Attorney partners with DA to go after financial fraud, *Recorder*, Pam Smith, 2003

Paint Firms Say They Want Cities' Lawsuit Tossed, *San Francisco Chronicle*, Scott Winokur, 2001

Lead-Paint Charges Don't Stick, Judge Says: Bay Area Cities Told to Amend their Case, *San Francisco Chronicle*, Scott Winokur, 2001

Judge Tosses Lead Paint Suit, *Daily Journal*, Craig Anderson, 2001

LEAD PAINT: Bay Area Court Ruling Bolsters Suit against Makers, *San Francisco Chronicle*, Scott Winokur, 2001

S.F., Oakland Join Suit Over Lead Paint Legacy Redress sought for health costs, *San Francisco Chronicle*, Scott Winokur, 2001

Manufacturer Sued For Failing to 'Child-Proof" Its Guns, *Lawyers Weekly USA*, 1998

**RADIO MEDIA**

Blog Talk Radio, Houston, Texas on Injuries to Women with Contraception, May 2013

KCBS in San Francisco, CBS Affiliate on Wrongful Death Lawsuit Over SF Dementia Patient Left At Wrong Location, 2012

KFWB in Los Angeles, CBS Affiliate on Financial Elder Abuse with Deputy District Attorney Jackie Lacey, 2011

Panel on Senior Financial Abuse, National Public Radio, 2005

## CONGRESSIONAL TESTIMONY

Senate Bill 573, Sen. Jack Scott, Judicial Committee, 2007

Assembly Bill 267, Rep. Chuck Calderon, Interim Hearing Insurance Committee, 2007

## HONORS AND AWARDS

2013/2014/2015 – Best Lawyers in America

2012 - Women Leaders In the Law (Recorder)

2012/2013 - Top Women Attorneys in Northern California *Super Lawyers®*

2012 - Donald N. Phelps Visionary Leadership Award for raising public awareness and advocating for positive change for Senior Citizens (from the Elder Financial Protection Network)

2011, 2012 - Present, Martindale-Hubbell Peer Review *AV* rated

2011 – Appointed by CA Attorney General Kamala Harris to An Elder Protection Working Committee

2010, 2011, 2012, 2013, 2014, 2015 - *Avvo* rated 10.0 out of 10.0 (Superb).

2010, 2011, 2012, 2013, 2014, 2015 - Northern California *Super Lawyers*®

2010 - Wiedemann & Wysocki Award – AAJ Annual Convention, Vancouver

2009 - Rising Stars by Northern California *Super Lawyers*®

2009 and 2012 - Finalist for Consumer Attorney of the Year, Consumer Attorneys of California

---

## CASE DECISIONS

*United States ex rel. Campie v. Gilead Sciences, Inc.,* No. 15-16380, 2017 WL 2884047 (Ninth Circuit, July 7, 2017)

*DIRECTV, INC. v. Imburgia,* 577 U.S.____, 136 S. Ct. 463 (2015)

*Imburgia v. DirecTV,* 225 Cal. App. 4th 338 (April 7, 2014)

*Derry v. Jackson National Life Insurance Co.,*
      2012 WL 1997234 (ND Cal. June 4, 2012)
      2011 WL 7110571 (CD Cal. October 5, 2011)

*In re DirecTV Early Cancellation Fee Marketing and Sales,*
      810 F. Supp.2d 1060 (CD Cal. September 6, 2011)

*Rand v. American National Insurance Company,*
      2010 WL5023069 (ND Cal. December 3, 2010)
      717 F.Supp.2d 948 (Sept. 29, 2010)
      2010 WL2758720 (ND Cal. July 13, 2010)
      2010 WL 2595142 (ND Cal. June 22, 2010)
      2009 WL 2252115 (ND Cal. July 28, 2009)

*County of Santa Clara v. Superior Court,*
      50 Cal.4th 35
      40 Cal.Rptr.3d 313
      112 Cal. Rptr.3d 697, 235 P.3d 21 (2010)

*Watkins v. Omni Life Science, Inc.,* 692 F. Supp.2d 170

*Cappuccitti v. Direc TV, Inc.,* 611 F.3d 1252 (2010)

*Xavier v. Philip Morris,* 2010 WL 3956860

*In re National Western Life Insurance Deferred Annuities,*
      2012 WL 440820 (SD Cal. February 10, 2012)
      2010 WL 4809330 (SD Cal. November 19, 2010)
      268 F.R.D. 652 (SD Cal. July 12, 2010)

635 F.Supp.2d 1170 (2009)

*Stachurski v. Direc TV, Inc.,* 642 F.Supp.2d 758 (2009)

*Galassi v. John Crane, Inc.,* 2009 WL 6311593

*Munoz v. Financial Freedom Senior Funding Corp.,*
 567 F. Supp.2d 1156 (2008)
 573 F.Supp.2d 1275

*Kennedy v. Jackson Nat. Life Ins. Co.,*
 2010 WL 4123994 (ND Cal.October 6, 2010)
 2010 WL 2524360
 2010 WL 1644944 (ND Cal. April 22, 2010)
 2009 WL 3334846 (ND Cal. October 14, 2009)
 2007 WL 1894201

*In re Conseco Ins. Co. Annuity Marketing & Sales Practices Litigation,*
 2008 WL4544441 (ND Cal. September 30, 2008)
 2007 WL 486367  (ND Cal. February 12, 2007)

*Migliaccio v. Midland Nat. Life Ins. Co.,* 2007 WL 316873

*Bendzak v. Midland Nat. Life Ins. Co.,* 240 F.R.D. 449 (2007)

*County of Santa Clara v. Atlantic Richfield Co.,*137 Cal.App.4th 292 (2006)

*Negrete v. Allianz Life Ins. Co. of North America,*

 2015 U.S. Dist. LEXIS 28513 (C.D. Cal. Mar. 6, 2015)
 2013 U.S. Dist. LEXIS 176313 (C.D. Cal. Dec. 9, 2013)
 2013 U.S. Dist. LEXIS 94030, (C.D. Cal. Jul 3, 2013)
 927 F Supp. 2d 870  (C.D. Cal. 2013)
 926 F. Supp. 2d 1143 (C.D. Cal. 2013)
 287 F.R.D. 590 (C.D. Cal. 2012)
 2011 U.S. Dist. LEXIS 118527 (C.D. Cal. Oct. 13, 2011)
 2011 U.S. Dist. LEXIS 118529 (C.D. Cal. Oct. 13, 2011)
 2011 U.S. Dist. LEXIS 80999 (C.D. Cal. Jul. 18, 2011)
 2011 U.S. Dist. LEXIS 25281 (C.D. Cal. Feb. 22, 2011)
 2010 U.S. Dist. LEXIS 121760 (C.D. Cal. Nov. 1, 2010)
 2010 U.S. Dist. LEXIS 113815 (C.D. Cal. Aug. 18, 2010)
 2009 U.S. Dist. LEXIS 129989 (C.D. Cal. Jun. 1, 2009)
 2008 U.S. Dist. LEXIS 118563 (C.D. Cal. Jun. 30, 2008)
 523 F.3d 1091 (9th Cir. 2008)
 238 F.R.D. 482 (C.D. Cal. 2006)
 2006 U.S. Dist. LEXIS 41545 (D. Colo. Jun. 21, 2006)

*Estate of Migliaccio v. Midland Nat'l. Life Ins. Co.,*
 2009 WL 6979779 (CD Cal. June 1, 2009)
 436 F.Supp.2d 1095 (2006)

*Negrete v. Fidelity and Guar. Life Ins. Co.*, 444 F.Supp.2d 998 (2006)

*In re Firearm Cases*, 126 Cal.App.4th 959, 24 Cal.Rptr.3d 659 (2005)

*County of Santa Clara v. Driver Alliant Ins. Services, Inc.,* 2005 WL 5547281

*Hamilton v. Signature Flight Support Corp.*, 2005 WL 3481423

*Darulis v. City and County of San Francisco*, 2005 WL 2293906

*Davis v. City and County of San Francisco*, 2004 WL 2397592

*Ruiz v. City and County of San Francisco*, 2004 WL 5311679

*Mooring v. San Francisco Sheriff's Department*, 289 F. Supp.2d 1110 (2003)

*Bull v. City and County of San Francisco*, 2003 WL 23857823

*Maulino v. City and County of San Francisco*, 2003 WL 25292591

*Snyderman v. City and County of San Francisco*, 2002 WL 34127767

*Dix v. Beretta U.SA. Corp.*, No. 750681-9 (Cal. Alameda County Super. Ct., June 16, 1998)

*Arena v. Owens Corning Fiberglas Corp.*, 63 Cal.App.4th 1178 (1998)