UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIT PATEL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANS UNION, LLC in its own name and t/a TRANS UNION RENTAL SCREENING SOLUTIONS, INC. and TRANSUNION BACKGROUND DATA SOLUTIONS, and TRANS UNION RENTAL SCREENING SOLUTIONS, INC. in its own name and t/a TRANSUNION BACKGROUND DATA SOLUTIONS,<br><br>Defendants. | Case No. 14-cv-522-LB<br><br>**[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND EXPENSES TO CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(h)** |

Having considered the Motion of Class Counsel in this matter for an award of attorneys' fees and reimbursement of expenses pursuant to Fed. R. Civ. P. 23(h), the pleadings and papers filed by the parties in connection therewith, arguments of counsel and all other matters presented to the Court, and good cause having been shown:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** Pursuant to Fed. R. Civ. P. 23(h), Class Counsel is entitled to an award of attorneys' fees, reimbursement of litigation costs and expenses in the total amount of two million, six hundred sixty-six thousand, six hundred sixty-six dollars ($2,666,666.00). Defendants shall pay that sum in accordance with the Settlement Agreement.

**SO ORDERED.**

DATED: _____, 2018          By:_____
                                         Hon. Laurel Beeler
                                         United States Magistrate Judge