EVANS LAW FIRM, INC.
Ingrid M. Evans (CA State Bar No. 179094)
3053 Fillmore Street, #236
San Francisco, CA 94123
Ingrid@evanslaw.com
Tel: (415)-441-8669
Tel: (888) 503-8267

FRANCIS & MAILMAN, P.C.
James A. Francis *(Pro Hac Vice)*
John Soumilas *(Pro Hac Vice)*
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Tel: (215) 735-8600
Fax: (215) 940-8000
jfrancis @consumerlawfirm.com
jsoumilas@consumerlawfirm.com

Attorneys for Plaintiff
AMIT PATEL and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIT PATEL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANS UNION, LLC in its own name and t/a TRANS UNION RENTAL SCREENING SOLUTIONS, INC. and TRANSUNION BACKGROUND DATA SOLUTIONS, and TRANS UNION RENTAL SCREENING SOLUTIONS, INC. in its own name and t/a TRANSUNION BACKGROUND DATA SOLUTIONS,<br><br>Defendants. | Case No. 3:14-cv-00522-LB<br><br>**PLAINTIFF'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT FINAL APPROVAL HEARING; [PROPOSED] ORDER**<br><br>Date:   March 8, 2018<br>Time:  2:30 p.m.<br>Place:  Courtroom C<br><br>Hon. Laurel Beeler |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Counsel for Plaintiff, Amit Patel, James A. Francis, hereby requests permission from the Court to appear telephonically at the hearing on the pending Motion for Final Approval of the settlement in this matter, and Motion for Attorneys' Fees and Costs, currently scheduled for March 8, 2018, at 2:30 a.m. in Courtroom C before the Honorable Laurel Beeler.  Mr. Francis intends to appear in person for this hearing and has made travel arrangements from Philadelphia to San Francisco, but makes this request in light of weather forecasts predicting a winter storm which may preclude travel.  Counsel for the Parties have conferred regarding this request, and counsel for Defendants consent to this request.

    If the Court approves this request, Plaintiff will arrange for a CourtCall appearance as set forth in the Court's Telephonic Appearance Procedures.  In the event that weather conditions prevent Mr. Francis from travelling, he will inform the Court and counsel for Defendants in advance of the hearing that he will appear telephonically. Plaintiff's local counsel, Ingrid Evans will appear in person at the hearing.

Dated:    March 5, 2018

                                        FRANCIS & MAILMAN, P.C.

                                  By:    */s/ James A. Francis*
                                           James A. Francis
                                           *Attorney for Plaintiff*

**[PROPOSED] ORDER**

  Having considered the request of Plaintiff's counsel, James A. Francis, to appear telephonically at the hearing on the Motion for Final Approval of the settlement in this matter, and Motion for Attorneys' Fees and Costs scheduled for March 8, 2018, at 2:30 p.m. in Courtroom C, the Court hereby **GRANTS** the request.  Counsel shall arrange for a telephonic appearance using CourtCall as set forth in the Court's Telephonic Appearance Procedures, and Plaintiff shall inform the Court and counsel for the Defendants in advance of the hearing if winter weather conditions preclude travel and that he will appear telephonically.

**IT IS SO ORDERED.**

Dated: _____

                   Magistrate Judge Laurel Beeler